Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Seungtae Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 14 – 1752 BRO SH<br><br>Hon. Beverly Reid O'Connell<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC, *ONLY* |

Plaintiff Seungtae Kim and Defendant Equifax Information Services LLC ("EQUIFAX") have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the Court, Plaintiff Seungtae Kim stipulates to dismiss all claims against Defendant EQUIFAX, *only*.

2. This stipulation for dismissal is with prejudice;

3. Each party to pay their own incurred costs.

---

1  Dated: Aug 25, 2014           Law Offices of Robert F. Brennan, APC
2
3                                By: _____
4                                    Robert F. Brennan, Esq.
                                     Attorneys for Plaintiff
5                                    Seungtae Kim
6
7
8  Dated: Aug 25, 2014           NOKES & QUINN
9
                                 BY: _____
10                                   Thomas P. Quinn, Esq.
                                     Attorney for Defendant
11                                   EQUIFAX INFORMATION SERVICES
12                                   LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
2
Stipulation of Dismissal With Prejudice of Equifax, ONLY

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **August 25, 2014**, I served the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC, ONLY** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

Rebecca Caley
CALEY AND ASSOCIATES
265 South Randolph Ave. Ste. 270
Brea, CA 92821
Tel: 714-529-1400
Fax: 714-529-1515
rcaley@caleylaw.com

Thomas P. Quinn, Jr.
NOKES AND QUINN A P.C.
410 Broadway Ste. 200
Laguna Back CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
tquinn@nokesquinn.com

[ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 25, 2014**, at La Crescenta, California.

_____
Isabel Grubbs