Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Seungtae Kim

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual; | Case No.: CV 14 – 1752 BRO SH |
| Plaintiff, | Hon. Beverly Reid O'Connell |
| vs. | |
| BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive, | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION, LLC, *ONLY* |
| Defendants. | |

Plaintiff Seungtae Kim and Defendant Trans Union, LLC ("TRANS UNION") have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the Court, Plaintiff Seungtae Kim stipulates to dismiss all claims against Defendant TRANS UNION, *only*.

2. This stipulation for dismissal is with prejudice;

3. Each party to pay their own incurred costs.

1  Dated: Aug 25, 2014                Law Offices of Robert F. Brennan, APC

                                      By: _____
                                          Robert F. Brennan, Esq.
                                          Attorneys for Plaintiff
                                          Seungtae Kim

8  Dated: Aug 25, 2014                MUSICK PEELER AND GARRETT LLP

                                      BY: _____
                                          Donald E. Bradley, Esq.
                                          Attorney for Defendant
                                          TRANS UNION LLC

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **August 25, 2014**, I served the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC ONLY** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

Rebecca Caley
CALEY AND ASSOCIATES
265 South Randolph Ave. Ste. 270
Brea, CA 92821
Tel: 714-529-1400
Fax: 714-529-1515
rcaley@caleylaw.com

Thomas P. Quinn, Jr.
NOKES AND QUINN A P.C.
410 Broadway Ste. 200
Laguna Back CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
tquinn@nokesquinn.com

[ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 25, 2014**, at La Crescenta, California

_____
Isabel Grubbs