Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Seungtae Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.: CV 14 – 1752 BRO SH<br><br>Hon. Beverly Reid O'Connell<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC, ONLY |

Plaintiff Seungtae Kim has announced to the Court that all matters in controversy against Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

---

1

ORDER re: Stipulation of Dismissal With Prejudice of Equifax, only

1  IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Seungtae Kim against Defendant EQUIFAX, *ONLY*, are in all respects dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  August 26, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge