Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Seungtae Kim

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEUNGTAE KIM, an Individual;

Plaintiff,

vs.

BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,

Defendants.

Case No.: CV 14 – 1752 BRO SH

Hon. Beverly Reid O'Connell

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., *ONLY*

Plaintiff Seungtae Kim ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), *only*, file this Stipulation of Dismissal with Prejudice and in support hereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendant Experian to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Defendant Experian, only, which were or could have been the subject matter of this lawsuit are hereby dismissed with

prejudice, with court costs to be paid the party incurring same. This stipulation will have no effect on Plaintiff's case against Defendant BMW Financial Services NA, LLC.

Respectfully Submitted,

Dated: Sept. 18, 2014

Law Offices of Robert F. Brennan, APC

By: Robert F Brennan

Robert F. Brennan, Esq.
Attorney for Plaintiff
Seungtae Kim

Dated: Sept. 18, 2014

**JONES DAY**

BY: Katherine Klimkowski

Katherine A Klimkowski, Esq.
Attorney for Defendant Experian

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **September 18, 2014,** I served the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

Rebecca Caley
CALEY AND ASSOCIATES
265 South Randolph Ave. Ste. 270
Brea, CA 92821
Tel: 714-529-1400
Fax: 714-529-1515
rcaley@caleylaw.com

Thomas P. Quinn, Jr.
NOKES AND QUINN A P.C.
410 Broadway Ste. 200
Laguna Back CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
tquinn@nokesquinn.com

[ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 18, 2014**, at La Crescenta, California.

Daniel Grubbs