**LAW OFFICES OF ROBER F. BRENNAN A P.C.**
Robert F. Brennan, Esq. [S.B. #132449]
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff: Seungtae Kim

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity;  EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation;  TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV 14 -1752 BRO (SHx)<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.,** *ONLY* |

Plaintiff Seungtae Kim has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc., only, have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1
2
3
4   IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Seungtae Kim against Defendant Experian Information Solutions, Inc., only, are in all respects dismissed with prejudice to the refilling of same, with Court costs to be paid by the party incurring same.

5
6   **IT IS SO ORDERED.**

7   Dated:  September 18, 2014        _____
8                                     HONORABLE BEVERLY REID O'CONNELL
                                      UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28