EXHIBIT "B"

## Service Notes

| Note Date | User ID | Note Type | Comments |
|---|---|---|---|
| 1/26/2011 3:57:00PM | QT62406 | OC Paperless Invoicing | Paperless Invoicing preference updated to NO. |
| 2/18/2011 5:59:00AM | invoice | CA Privacy Act Mailer | CA Privacy Notice Sent with Invoice |
| 2/28/2011 8:58:00PM | svcfrmprod | Title Tracking Notes | Title updated in the Title Tracking database. Status = In House  State = CA  Title Number = 129367402   Batch Number = 166719  Lektriever Location = |
| 2/28/2011 9:24:00PM | svcfrmprod | Title Tracking Notes | Title updated in the Title Tracking database. Status = In House  State = CA  Title Number = 129367402   Batch Number = 166719  Lektriever Location = |
| 3/10/2011 3:13:00PM | OC Web | OC Paperless Invoicing | Paperless Invoicing preference updated to YES. |
| 8/1/2011 1:19:00PM | OC Web | Customer UPay Fee Waived | Scheduled Upay Requested for 8/9/2011. Conf. Id: 11864693 |
| 8/7/2011 3:10:00PM | OC Web | Payment Received | Cancelled a Scheduled UltimatePay via Owners Circle, the payment amount is $496.53 to be posted on 08/09/2011. Confirmation Number: 11864693 |
| 1/16/2012 8:25:00PM | OC Web | Customer UPay Fee Waived | Scheduled Upay Requested for 1/19/2012. Conf. Id: 13040160 |
| 1/21/2012 3:30:00PM | OC Web | Customer UPay Fee Waived | Scheduled Upay Requested for 2/9/2012. Conf. Id: 13077890 |
| 5/24/2012 3:39:00PM | QT60143 | Collection Note | 4515 - lvm, no ID |
| 5/25/2012 11:28:00AM | QT79755 | Collection Note | 4515* lm vm |
| 5/30/2012 3:13:00PM | QT60143 | Collection Note | 4515 - lvm, no ID |
| 5/31/2012 4:00:00PM | QT60143 | Collection Note | 4515 - lvm |
| 6/7/2012 11:32:00AM | QT59709 | Collection Note | 4515* |
| 6/15/2012 4:02:00PM | QT63960 | Collection Note | 4515 |
| 6/19/2012 3:43:00PM | QT63960 | Collection Note | no id nov m |
| 6/21/2012 6:35:00PM | QT59672 | Collection Note | 4515 - lm  1269 - vmbox not set up |
| 6/21/2012 6:36:00PM | QT59672 | Collection Note | mikeandjin@gmail.com  SEUNG TAE KIM  SEUNGTAE KIM  KIM SEUNGTAE  DOB: ▇ (40)  Setup Alert ▇1215  LexID: 40101225184 ▇  IRVINE CA 92620-3642  Jan 11 - Apr 12  ****************  SEUNG TAE KIM  SEUNGTAE KIM  KIM SEUNGTAE  DOB: ▇ (40)  Setup Alert t ▇-1215  LexID: 40101225184 ▇  LOS ANGELES CA 90020-3621  Jun 10 - May 12  ****************  SEUNG TAE KIM  SEUNGTAE KIM  KIM SEUNGTAE  DOB: ▇ (40)  Setup Alert ▇-1215  LexID: 40101225184 ▇  ▇ CO 80247-3179  Jul 08 - Oct 11 303-681-6096 - MDT |
| 6/21/2012 6:38:00PM | QT59672 | Collection Note | Dk req but not billed |
| 6/22/2012 3:40:00PM | QT59672 | Collection Note | 1269 - vmbox not set up |
| 6/25/2012 8:22:00PM |  | Update Security Code | Security code changed from to SEPT 2012 C/O |
| 6/25/2012 8:22:00PM | QT57963 | Update Memo | Collections Memo Updated By QT57963 from to no Assist |
| 6/25/2012 8:23:00PM | QT57963 | Collection Note | DCS: Assist INACTIVE  MR. SEUNG T KIM  Address: ▇  ▇ CA 92620-3642 UNITED STATES  Daytime Phone: ▇-1269 69  LAST SERVICE: 10/22/2011  East Bay BMW |

**REDACTED PORTION SUBJECT TO CONSUMER PRIVACY**

| Date | Time | User | Type | Notes |
|---|---|---|---|---|
| 6/25/2012 | 3:25:00PM | QT57963 | Collection Note | no other # in file net or ph log |
| | | | | ▓▓▓4515, lmtcb |
| | | | | ▓▓▓-1269, no vm |
| 6/26/2012 | 8:47:00AM | QT53678 | Collection Note | Dear Mr. Sam,<br><br>First of all, please accept my apology for not being able to contact regarding this matter. It is a long story, but to make it short, I have been out of country for past 3 months due to unforeseen personal matters, and expected to go back at the end of this month. I will contact you as soon as I get back. Please understand the situation I am in. I will try to take care of this matter so I can bring my account to current.<br><br>Once again, thank you for your understanding. |
| 6/27/2012 | 3:21:00PM | QT62606 | Collection Note | ▓▓▓-1269* -- VM not set up. |
| 6/28/2012 | 12:46:00PM | QT59672 | Collection Note | The Sand Castle Field Services agent attempted to make customer contact at ▓▓▓▓▓, CA on 6/22/2012 6:57:00 PM. The residence is a beige, two story single-family home with an attached garage. The collateral was not identified and no other vehicles were seen. The front door to the residence was answered by a female (no name provided). She stated that Seung Kim was unknown to her and refused to accept the sealed letter. There were no neighbors available to speak with regarding the customer. Please advise if Sand Castle can be of further assistance on this account. |
| 7/2/2012 | 8:30:00PM | QT57963 | Update Memo | Collections Memo Updated By QT57963 from no Assist to no Assist - OFR CARS |
| 7/2/2012 | 8:30:00PM | QT57963 | Update Memo | Memo Updated By QT57963 from to RFD: ooc |
| 7/2/2012 | 8:31:00PM | QT57963 | Account States Updated | Serv Alert added to Account States.<br>OUT FOR REPO added to Account States.<br>Payment Freeze added to Account States. |
| 7/2/2012 | 8:31:00PM | QT57963 | Collection Note | assigned OFR w/ CARS, 84 dpd.<br>DK'd, unsuccessful. mkr is OOC. no attempt to ptp or pay |
| 7/2/2012 | 8:32:00PM | QT57963 | Collection Note | ▓▓▓4515, vm full |
| 7/6/2012 | 12:49:00PM | QT57963 | Collection Note | ▓▓▓1269, vm not set up |
| 7/9/2012 | 2:54:00PM | QT57963 | Collection Note | ▓▓▓ vm full |
| 7/10/2012 | 12:12:00PM | QT37255 | Address Change | Address Verified By QT37255 |
| 7/10/2012 | 12:23:00PM | QT37255 | Collection Note | ▓▓▓ way<br>▓▓▓ ca 94568<br><br>sd staying w/ his older brother right now,<br><br>rfd sd traveled ooc and was in a bad accident,<br><br>sd can upay $1000 for Friday,<br><br>sd can pay the remaining next week, Friday,<br><br>adv him best for him to pay the $500 today the n pay another $500 friday, then we can work w/ him, sd he had put some $ in the new bank acct and will call to see if he can upay the $500 sd the funds might be held at this point, |
| 7/10/2012 | 12:24:00PM | QT37255 | Address Change | Address Change |
| 7/10/2012 | 12:57:00PM | QT57963 | Payoff | Customer Payoff Quote Created by: QT57963 Quote To Seung Kim is valid through 9/28/2012 12:00:00 AM for Net Payoff Amount $25,148.09 |
| 7/11/2012 | 11:51:00AM | QT37140 | Address Change | Address Verified By QT37140 |
| 7/11/2012 | 11:53:00AM | QT37140 | Account States Updated | Payment Freeze removed from Account States. |
| 7/11/2012 | 11:54:00AM | QT37140 | Account States Updated | OUT FOR REPO removed from Account States.<br>REPO HOLD added to Account States. |
| 7/11/2012 | 11:54:00AM | QT37140 | Collection Note | Promise to pay made: 7/18/2012 for: 1560.61 |
| 7/11/2012 | 11:55:00AM | QT37140 | Collection Note | mkr cif ▓▓▓-1952, sts can make $500 today and claims can pay $1560.61 on 7/18. upay $500 today and he cb and upay on 7/18 |
| 7/11/2012 | 11:56:00AM | QT37140 | Account States Updated | REPO HOLD removed from Account States.<br>Serv Alert removed from Account States.<br>Cancld Serv Alert added to Account States. |
| 7/11/2012 | 11:56:00AM | QT37140 | Collection Note | attempted to put repo on hold but account not in RDN. |
| 7/11/2012 | 4:02:00PM | QT57963 | Collection Note | ▓▓▓, mkr got an automated call today, apologized for dialer call. |
| 7/16/2012 | 8:33:00PM | QT59672 | Collection Note | ▓▓▓-1952 - lm - no id |
| 7/18/2012 | 12:18:00PM | QT59672 | Collection Note | ▓▓▓-9888 - office is closed - lm in the general mailbox |

REDACTED PORTION SUBJECT TO CONSUMER PRIVACY

BMW FS 147

| Date | Time | Code | Type | Note |
|---|---|---|---|---|
| 7/18/2012 | 2:56:00PM | QT59672 | Collection Note | 1852 - lm - no id |
| 7/18/2012 | 8:03:00PM | QXD9942 | Address Change | Address Verified By munozse |
| 7/18/2012 | 8:06:00PM | QXD9942 | Payment Deferral | Auto-approved Deferment ID is: 2162213 |
| 7/18/2012 | 8:06:00PM | QXD9942 | Payment Deferral | Request of $0 payment for 1 months has been approved. Deferment auto-approved. |
| 7/18/2012 | 8:10:00PM | QXD9942 | Collection Note | mkr ci vai adv dpd and bif<br>proc pmnt of 100 to cover may and june<br>proc deferral for July to bring acct current<br>adv next pmnt due on 8/9 and has late fees to take care of as well ack |
| 7/23/2012 | 5:26:00PM | OC Web | Customer UPay Fee Waived | Scheduled Upay Requested for 8/9/2012. Conf. Id: 14438546 |
| 9/17/2012 | 11:34:00AM | CustomerAC | Customer UPay Fee Waived | Scheduled UPay requested for 9/20/2012. Conf. Id: 24603383 |
| 9/27/2012 | 2:48:00PM | QT36919 | ACH Returned Item | ACH Returned Item – Reason: No Account/Unable to Locate Account |
| 9/28/2012 | 9:09:00AM | BULK NOTE | Payment Issue | ACH Issue for payments dated 9/14-9/21 -Any Payment will be resubmitted to Customer's Bank, account balance reflects correct effective date – Do not post another payment to account. |
| 10/3/2012 | 2:58:00PM | BULK NOTE | Payment Issue | ACH Issue for payments dated 9/14-9/28 - Payment will be resubmitted to Customer's Bank, account balance reflects correct effective date – Please do not submit another payment, unless the reposted payment is returned after the date of this Bulk Note. |
| 10/3/2012 | 5:36:00PM | QT36919 | Other | Account automatically placed on uPay Hold due to consecutive NSF returns |
| 10/5/2012 | 12:00:00AM | BULK NOTE | Comment, General | This account has been flagged for credit bureau hold and late fee hold due to ACH routing number issue from system upgrade. |
| 11/14/2012 | 2:17:00PM | QXD7325 | Payment Deferral | Auto-approved Deferment ID is: 2237311 |
| 11/14/2012 | 2:17:00PM | QXD7325 | Payment Deferral | Request of $0 payment for 1 months has been approved. Deferment auto-approved. |
| 11/14/2012 | 2:18:00PM | QXD7325 | Payment Deferral | holder ci ci xzx<br>ABOUT DEFERMENT:6 months and 6 payments, Wait 12 months after 2nd deferral. 4 total, Int accrues across deferred months. Advised of next due date. adv of month deferred |
| 2/28/2013 | 11:48:00PM | BULK NOTE | Comment, General | Removed Credit Bureau Hold and Late Fee Hold added to account on 10/5/12 due to ACH upgrade issue. |
| 6/20/2013 | 5:38:00PM | QT80154 | Collection Note | Email sent |
| 6/28/2013 | 12:10:00PM | QT79755 | Collection Note | 8345* NIS NML |
| 6/28/2013 | 8:35:00PM | QT80154 | Comment, General | SR TYPE: Data Quality; SR#: 1-2914777685; Please See Service Request For Status Verification |
| 6/28/2013 | 8:42:00PM | QT80154 | Collection Note | SEUN K KIM<br>SEUNG T KIM<br>SEUNG TAE KIM<br>SEUNGTAE KIM<br>KIM SEUNGTAE<br>DOB: (41)<br>1215<br>LOS ANGELES CA 90020-3821<br>Jun 10 - Jun 13<br><br>RELATIVE SKIP: |



REDACTED PORTION SUBJECT TO CONSUMER PRIVACY

| | | | | |
|---|---|---|---|---|
| 6/28/2013 | 8:44:00PM | QT80154 | Collection Note | Email sent |

| Date | Time | User | Action | Note |
|---|---|---|---|---|
| 7/2/2013 | 5:45:00PM | QT80154 | Collection Note | 4515 - tpm stts NLE<br>1952 - no VM set up<br>1269 (cred app) - tpm stts no one by that nm<br>-0189 - tpm stts no one by that nm<br>-2411 - tpf stts no one by that nm<br>-4918 - lm<br>(Skip #s) |
| 7/8/2013 | 4:27:00PM | QT80154 | Collection Note | Email sent |
| 7/9/2013 | 4:17:00PM | QT80154 | Collection Note | Past due letter sent |
| 7/16/2013 | 4:48:00PM | QT80154 | Collection Note | Email sent |
| 7/17/2013 | 1:25:00PM | QT80154 | Collection Note | ***REQ FOR REPO***<br>69 dpd<br>DK Yes<br>last contact 11/14/2012<br>last pymnt 4/24/2013<br>pay history 5 / 3 / 1<br>-terrible pay, previously OFR w/ CARS<br><br>cure not required<br><br>MMR $11,803<br>P/O $20,152.51<br>RFD OOC (from 2012)<br>Repo reason box checked? Yes<br>SCRA: Checked and no match |
| 7/17/2013 | 1:25:00PM | QT80154 | Update Memo | Memo Updated By QT80154 from RFD: ooc to RFD: ooc Req repo 7/17 |
| 7/18/2013 | 3:51:00AM | OC Web | Payoff | Customer Payoff Quote Created by: OC Web is valid through 7/28/2013 12:00:00 AM for Net Payoff Amount $20,154.11 |
| 7/18/2013 | 1:52:00PM | QT80154 | Collection Note | Email sent |
| 7/18/2013 | 4:15:00PM | QT36957 | Account States Updated | OUT FOR REPO added to Account States.<br>Payment Freeze added to Account States.<br>Cancld Serv Alert removed from Account States.<br>Serv Alert added to Account States. |
| 7/18/2013 | 4:16:00PM | QT36957 | Collection Note | Approve OFR CARS; 70 dpd, last paid APr. DOD ck done. Prior OFR. |
| 7/18/2013 | 11:35:00PM | MadCowSSIS | Collection Note | Case accepted by Vendor |
| 7/18/2013 | 11:36:00PM | MadCowSSIS | Collection Note | Agent Update: KSR REGISTERED OWNER SEUNG TAE KIM CA 92620 LEGAL OWNER BMW TAGS EXPIRE 01/20/14 PLATE 6BVY317 |
| 7/22/2013 | 4:59:00PM | QT80154 | Collection Note | Email sent |
| 7/22/2013 | 5:00:00PM | QT80154 | Update Memo | Memo Updated By QT80154 from RFD: ooc Req repo 7/17 to RFD: ooc NO GOOD #s |
| 7/22/2013 | 11:34:00PM | MadCowSSIS | Collection Note | Agent Update: Agent ran the address goes to a 2 story town house with front garage and street parking. Agent searched the location today at 1:38 AM and unit was spotted in the garage. We will continue with We will continue with efforts and we will advise of any findings. |
| 7/22/2013 | 11:37:00PM | MadCowSSIS | Collection Note | Agent Update: Andrew ran Warner Ave and it&#039;s a medical office building with open parking. Our vehicle did not show. We will continue with all efforts and we will advise of any findings. Thank you, Andrea. |
| 7/23/2013 | 1:32:00PM | | Update Security Code | Security code changed from SEPT 2012 C/O to |
| 7/23/2013 | 1:32:00PM | QT94214 | Update Memo | Collections Memo Updated By QT94214 from no Assist - OFR CARS to OFR CARS |
| 7/23/2013 | 1:33:00PM | QT94214 | Collection Note | email goes to fb page for Mike Kim: |
| 7/23/2013 | 1:38:00PM | QT94214 | Collection Note | https://www.facebook.com/mike.kim.96558?fref=ts<br>drkimond@gmail.com<br>additional email |
| 7/26/2013 | 11:34:00PM | MadCowSSIS | Collection Note | Agent Update: Agent re ran the 7450 Brigadoon Way address and your unit was not seen. Our agent did a search of the surrounding area and still nothing showing. We will continue with efforts and we will advise of any findings. |
| 7/30/2013 | 12:48:00PM | QT97526 | Address Change | Address Verified By QT97526 |
| 7/30/2013 | 12:49:00PM | QT97526 | Update Memo | Collections Memo Updated By QT97526 from OFR CARS to OFR CARS rfd - prev oow 7/30 |



REDACTED PORTION SUBJECT TO CONSUMER PRIVACY

BMW FS 149

| Date/Time | User | Type | Note |
|---|---|---|---|
| 7/30/2013 12:52:00PM | QT57963 | Collection Note | XXXX2169 mkr ci, adv dpd/tbd<br>mkr inq about deferrals. adv need paymt, and deferrals not available until nov.<br>mkr std can pay within next week. adv acct escalated, and not accepting arrangements. adv need paymt today or need car surrendered. m kr std still in possession of car. |
| 7/30/2013 11:35:00PM | MadCowSSIS | Collection Note | mkr std will see about borrowing funds and will cb today. Agent Update: Agent door knocked at [redacted] address at a different time and still received no response. Unit was not seen in the surrounding area. We will continue with efforts and we will advise of any findings. |
| 7/31/2013 6:54:00PM | QT94214 | Update Memo | Memo Updated By QT94214 from RFD: ooc  NO GOOD #s to RFD: ooc |
| 8/5/2013 1:06:00AM | OC Web | Payoff | Customer Payoff Quote Created by: OC Web is valid through 8/15/2013 12:00:00 AM for Net Payoff Amount $20,207.66 |
| 8/5/2013 10:57:00AM | QT37140 | Address Change | Address Verified By QT37140 |
| 8/5/2013 10:59:00AM | QT37140 | Collection Note | mkr cif [redacted]-2169, sts is going to ti the unit at irvine BMW. sts unable to get funds together for pmt. Adv to cb once it is ti, sts will try to ti today or tomorrow |
| 8/6/2013 11:34:00PM | MadCowSSIS | Collection Note | Agent Update: Agent ran the [redacted] address at 1:33pm on 8/5 and unit was a no show. Agent talk to the neighbors and he said debtor leaves at 7am every morning and does not know around what time debtor gets home. Neighbor also said the unit is al ways parked in the garage is never parked in the street . Please advise if you would like us to do a stake out on this address . Stake out&#039;s are 60.00 a hour with a minimum 2 hours. This is also non-contingent upon repo. We will continue with efforts and we will advise of any findings. |
| 8/7/2013 9:48:00AM | QT94214 | Collection Note | recvd email confirmation from IRVINE BMW that veh returned there- notified CARS for pu, |
| 8/7/2013 12:13:00PM | QT57963 | Address Change | Address Verified By QT57963 |
| 8/7/2013 12:13:00PM | QT57963 | Update Memo | Collections Memo Updated By QT57963 from OFR CARS  rfd - prev oow 7/30 to OFR CARS |
| 8/7/2013 12:13:00PM | QT57963 | Update Memo | Memo Updated By QT57963 from RFD: ooc  to RFD: ooc, prev oow 7/30 |
| 8/7/2013 12:15:00PM | QT57963 | Collection Note | XXXX2169, mkr said he returned the veh to BMW Irvine on 8/6, he gave the keys to Oscar Nava. |
| 8/7/2013 11:33:00PM | MadCowSSIS | Collection Note | Agent Update: Andrew is on his way to p/u the car. |
| 8/7/2013 11:34:00PM | MadCowSSIS | Collection Note | Agent Update: The vehicle was picked up, all paper work forthcoming. |
| 8/8/2013 9:18:00AM | Auto NOS | Account States Updated | Cancld Serv Alert added to Account States. |
| 8/8/2013 9:18:00AM | Auto NOS | Account States Updated | Serv Alert removed from Account States. |
| 8/8/2013 9:18:00AM | Auto NOS | Payoff | Customer Payoff Quote Created by: Auto NOS is valid through 8/8/2013 9:18:11 AM for Net Payoff Amount $20,871.49 |
| 8/8/2013 9:18:00AM | QT36957 | Collection Note | Ca retail; We must allow option to reinstate. Mkr must provide Ins dec page $2735.61 |
| 8/8/2013 9:18:00AM | QT36957 | Update Memo | Collections Memo Updated By QT36957 from OFR CARS  to Repo'd CARS /Reinst $2735.61 + POI |
| 8/8/2013 11:40:00AM | QXD7O97 | Print/Fax | NOS Letter Printed. Expires on 8/29/2013 |
| 8/29/2013 9:13:00PM | AutoChgOff | Comment, General | Auto Charge-off Request/Approval created for account 1001193974. |
| 8/29/2013 9:13:00PM | LAT_USA | Maturity Billing | Maturity Billing Updated. Billed/(Refund) Amount = $20,929.86 |
| 8/29/2013 9:13:00PM | qqSFProd | Account was termed or unterm | Credit Termination - Repossession - Default |
| 8/30/2013 9:12:00PM | qqSblProd | Consignment Maintenance | Consignment location set to BMW Financial Services |
| 8/30/2013 9:12:00PM | qqsfprod | Consignment Maintenance | Consigned to Manheim Riverside |
| 8/30/2013 9:12:00PM | qqSFProd | Lease-End Process | Future Turn In selected for 08/30/2013 at BMW FINANCIAL SERVICES with estimated mileage reading of 79512-Agent Name: C.A.R.S, Agent Contact: , Address: 5449 N PECK RD, ARCADIA, CA, 91006, Agent Phone: 6264432277, Agent Fax: , Keys: Yes |
| 8/30/2013 9:53:00PM | WORKFLOW | Asset Recovery Note | Action: DESK<br>Result: CHNG<br>Desk Changed from BRIDGEDESK to INVSECURED |
| 8/31/2013 10:11:00AM | FUSION | Asset Recovery Note | Action: SEND<br>Result: SEND<br>Collection Advantage data ordered on 08/31/2013. Current Balance = 20929.86 |

REDACTED PORTION SUBJECT TO CONSUMER PRIVACY

BMW FS   150

| Date/Time | User | Type | Notes |
|---|---|---|---|
| 8/31/2013 4:12:00PM | FUSION | Asset Recovery Note | Action: REC<br>Result: REC<br>Collection Advantage returned. |
| 9/3/2013 3:59:00PM | QX07003 | Title Tracking Notes | Title Sent to Manheim Riverside using carrier Federal Express tracking number 796598865008 |
| 9/9/2013 8:19:00PM | websteda | Asset Recovery Note | Action: OT<br>Result: TW |
| 9/10/2013 9:39:00AM | QT37256 | Collection Note | ▇▇▇▇6300 -- TPM cl (verified SSN), sttd ID theft and wasn't present for signing. adv will mail appropriate docs. per Dave Webster, mailing fraud paperwork to<br>Mr. Seung Kim<br>▇▇▇▇▇▇▇▇▇▇ California 90020 |
| 9/18/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EFX via e-OSCAR credit reporting dispute system on 9/6/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 1, Subscriber Code: 667BB33570, ACDV Control Number: *99993249041454059. No, images were included with the dispute. |
| 9/18/2013 11:47:00PM | WORKFLOW | Asset Recovery Note | Action: DESK<br>Result: CHNG<br>Desk Changed from INVSECURED to ASBAGING |
| 9/19/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EXP via e-OSCAR credit reporting dispute system on 9/9/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 1, Subscriber Code: 2602980, ACDV Control Number: *1834046715001. No, images were included with the dispute. |
| 9/19/2013 6:18:00AM | LtrBatch | Batch Letter Request | Auction Sale Breakdown letter processed in LetterBatch (print and mail thru Allison) |
| 9/23/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EFX via e-OSCAR credit reporting dispute system on 9/12/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 1, Subscriber Code: 667BB33570, ACDV Control Number: *99993255010210022. No, images were included with the dispute. |
| 9/23/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by TUN via e-OSCAR credit reporting dispute system on 9/9/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 1, Response Code: 1, Subscriber Code: 82WT002, ACDV Control Number: *33790344700605. No, images were included with the dispute. |
| 9/23/2013 5:26:00PM | qt37256 | Collection Note | received id theft docs. mailed received letter to<br>Mr. Seung Kim<br>▇▇▇▇▇▇▇▇▇▇<br>Los Angeles California 90020 |
| 9/23/2013 5:27:00PM | qt37256 | Account States Updated | ID Theft-Suspicion added to Account States. |
| 9/23/2013 5:28:00PM | QT37256 | Comment, General | SR TYPE: Written Complaint; SR#: 1-3059253848; Please See Service Request For Status Verification |
| 10/10/2013 2:43:00PM | qt37256 | Collection Note | reversed▇▇▇▇<br>goes to<br>Ryken Investments<br>818 W 7TH ST<br>LOS ANGELES CA 90017-3407 |
| 10/10/2013 2:48:00PM | qt37256 | Collection Note | ssn in acc<br>LOS ANGELES CA 90020-3621<br>Jun 10 - Sep 13 |
| 10/10/2013 2:50:00PM | qt37256 | Collection Note | address on file goes to ▇▇▇▇▇▇▇▇▇▇<br>and ▇▇▇▇ |

REDACTED PORTION SUBJECT TO CONSUMER PRIVACY

BMW FS   151

| Date | User | Action | Note |
|---|---|---|---|
| 10/14/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EFX via e-OSCAR credit reporting dispute system on 10/7/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 2, Subscriber Code: 667BB33570, ACDV Control Number: *99993279012933028. No, images were included with the dispute. |
| 10/23/2013 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EFX via e-OSCAR credit reporting dispute system on 10/13/2013. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 1, Subscriber Code: 667BB33570, ACDV Control Number: *99993285015204031. No, images were included with the dispute. |
| 10/28/2013 3:50:00PM | QXG3893 | Update Memo | Memo Updated By QXG3893 from RFD: ooc, prev oow 7/30 to RFD: ooc, prev oow 7/30/ Brigadoon Way bad addr |
| 10/30/2013 1:50:00PM | qt37256 | Account States Updated | ID Theft-Suspicion removed from Account States. |
| 10/30/2013 1:56:00PM | qt37256 | Collection Note | determined NO ID theft/fraud...mailed attached letter to Mr. Seung Kim<br><br>410 S Hobart Blvd Apt 214<br><br>Los Angeles California 90020 |
| 11/7/2013 2:29:00PM | qt37256 | Collection Note | Mr. Kim called regarding NO ID theft letter. He wants to be able to prove to us that it was in fact ID theft..He again stated this his boss, Mike Kim, used his ID and copy of his DL to get this car. Mr. Kim's nickname is NOT Mike. He said Hyundai Financial also has an investigation bc a car was taken out with them in his name as well. Advsd him to send in any other docs he has proving this was ID theft. Advsd I will review further at this time |
| 3/18/2014 9:28:00AM | QT94196 | Account States Updated | Legal - General Litigation added to Account States. |
| 6/2/2014 12:00:00AM | Bulk Note | Credit Inquiry | Response sent on ACDV received by EXP via e-OSCAR credit reporting dispute system on 5/14/2014. Details: Consumer: SEUNGTAE KIM, Dispute Code: 103, Response Code: 1, Subscriber Code: 2602980, ACDV Control Number: *2520523577001. No, images were included with the dispute. |
| 7/28/2014 9:12:00AM | QT94196 | Print/Fax | The Transaction Statement document was sent using the delivery method of Print |