| | |
|---|---|
| 1 | Katherine A. Klimkowski (SBN 263099) |
| | kaklimkowski@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612.4408 |
| | Telephone:   (949) 851-3939 |
| 4 | Facsimile:    (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM; an Individual, | Case No. 2:14-cv-01752-BRO-SH |
| Plaintiff, | Assigned for all purposes to: Judge Beverly Reid O'Connell |
| v. | |
| BMW FINANCIAL SERVICES NA, LLC, a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANS UNION, LLC., a business entity, and DOES 1-10, Inclusive, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| Defendants. | |

IT IS HEREBY RDERED that the Stipulated Protective Order entered by and between Plaintiff Sungtae Kim ("Plaintiff"), Defendant BMW Financial Services, NA, and non-arty Experian Information Solutions, Inc. ("Experian") is GRANTED. **IT IS SO ORDERED.**

Dated: March 19, 2015

*Stephen J. Hillman*

Magistrate Judge Stephen J. Hillman