# EXHIBIT 3

**Supplemental Information:**

Pursuant to Federal Rule of Civil Procedure 26: Disclosure of expert testimony, the following is submitted:

1. Expert Witness:
   Thomas A. Tarter
   Managing Director
   The Andela Consulting Group, Inc.
   16311 Ventura Boulevard, Suite 1060
   Sherman Oaks, CA 91436
   818-380-3102

2. Data and information considered by the expert witness in formulating his opinions:
   Please refer to the Qualifications, Documents Reviewed and Footnotes contained in this Report.

3. Statement of all opinions to be expressed and the basis and reasons therefore:
   Please refer to this Report. Publications – I have none in the past 10 years.

4. Compensation:
   $275.00 per hour for litigation consulting, report preparation and travel time.
   $395.00 per hour for testimony at deposition or trial.
   No minimums.
   No contingencies.

5. List of cases, since 2006, this expert witness has testified at trial, deposition, mediation or arbitration is as follows:

1. Morvant vs Eastern Savvings Bank, et al, Salt Lake City, UT. Depo 11/14;

2. Raima vs Wells Fargo Bank, et al,, Los Angeles, CA, Arb, 10/14;

3. In re Laube, et al., Woodland Hills, CA, Trial, 10/14;

4. Linza vs PHH Mortgage, et al, Marysville, CA, Trial 07/14;

5. Corona, et al vs Heritage Oaks Bank, et al., Santa Barbara, CA, Depo 07/14; Trial 08/14;

6. Capil vs Mega Life, et al., San Jose, CA, Depo 06/14;

7. In re AJK Gadsen vs Sovereign Bank, et al, Woodland Hills, CA, Depo 05/14; Trial 06/14;

23

8. Carrillo vs Chase, et al, Riverside, CA, Depo 04/14;

9. UGS vs Pacific Shores, San Jose, CA, Depo, 04/14;

10. In re Fox, Santa Ana, CA, Trial 01/14;

11. Squatrito vs CSS, Chatsworth, CA, Trial 01/14;

12. In re Gonzalez, Santa Barbara, CA, Trial 12/13;

13. LWL Investments, LLC vs Universal Bank, et al., Los Angeles, CA, Depo 11/13;

14. Indymac Ventures, LLC vs Anyia, et al., Los Angeles, CA, Depo 10/13; Arb 10/13;

15. Peters vs Discover, et al., Los Angeles, CA, Depo 9/13;

16. In re Kerr, et al, San Diego, CA, Trial 06/13;

17. In re Bacino, FDIC, as Receiver for La Jolla Bank vs Birger Greg Bacino, San Diego, CA, Trial 06/13;

18. Laurelwood Group, LLC vs. East West Bank, et al., Los Angeles, CA, Depo 05/13;

19. Verdiyan vs Capital One, et al, San Francisco, CA, Depo 04/13;

20. In re: Ortega, Santa Barbara, CA, Trial, 3/13;

21. Bacarti vs JPMorgan Chase, et al, Los Angeles, CA, Depo 3/13;

22. Kim vs JPMorgan Chase, et al, Los Angeles, CA, Depo 3/13;

23. Chang and Wong vs. Hanmi Bank, et al., San Jose, CA, Depo 2/13;

24. Downs, et al vs. Wells Fargo Home Loan, et al., Reno, Nevada, NV, Depo 1/13;

25. Gaudie vs Countrywide, et al., Chicago, IL, Depo 12/12;

26. Evans – Trope, et al, Los Angeles, CA, Depo 11/12'

27. Khazra vs Shayan, Los Angeles, CA, Trial 10/12;

28. FDIC as Receiver for Union Bank, N.A. vs Prudential, et al., Phoenix, AZ, Depo 8/12;

29. FDIC as Receiver for La Jolla Bank vs O'Connor, et al., San Diego, CA, Depo 7/12;

30. The Preserve, LLC vs Point Center, et al., Santa Ana, CA, Depo 06/12;

31. Valencia Dodge vs Mikaelyan, Chatsworth, CA, Depo 04/12;

32. In re: Krishan, LLC, San Jose, CA, Trial 04/12;

33. Shoreline vs. Union Bank of California, Los Angeles, CA, Depo 04/12;

34. Utah First Federal Credit Union vs. Federal Insurance, et al., Salt Lake City, UT, Depo 02/12;

35. Lopez, et al., vs. Wells Fargo Bank, et al., Los Angeles, CA, Depo 02/12;

36. Anderson vs. Chase, et al., San Diego, CA, Depo 01/12;

37. United States vs. Sutherland, et al., Las Vegas, NV, Trial 01/12;

38. Dillon vs. Chase, et al, Charleston, WV, Depo, 12/11; Trial 02/12;

39. Triano vs. Summit Bank, et al, Oakland, CA, Depo 11/11;

40. White vs. Wells Fargo Bank, Santa Ana, CA, Depo 11/11;

41. Oxford Street Properties, LLC vs. Lance Robbins, et al, Depo 10/11;

42. Mueller vs Wells Fargo Bank, San Francisco, CA, Trial 09/11;

43. Amezcua, et al vs. East West Bank, San Jose, CA, Depo 08/11; 09/11;

44. In re: The Preserve, LLC, Los Angeles, CA, Depo 08/11; Trial 08/11 and 10/11;

45. Kim, et al vs.Kearney, CCU, et al, Las Vegas, NV, Depo 07/11;

46. Jacob vs. SDG&E, San Diego, CA, Mediation, 06/11;

47. TomatoBank vs East West Bank, Los Angeles, CA, Depo 07/11;

48. Held vs. Gilmore Bank, Santa Ana, CA, Depo ,06/11; Trial 07/11;

49. Trapasso and Justice vs Romero, et al, Stockton, CA, 05/11;

50. In re: Pacific Allied, Los Angeles, CA, Trial 03/11

51. 0Price vs Eller, et al. Riverside, CA, Trial 03/11

52. John Doe vs Church of Latter Day Saints, et al; Los Angeles, CA, Depo 02/11

53. Empire Merchandizing vs. Bank Rhode Island, Providence, Rhode Island, Depo 02/11; Trial 02/11.

54. United States of America vs. 718 West Wilson, et al, San Diego, CA, Depo 01/11

55. Dufour vs. Informative Research, et al, Garden Grove, CA, Depo 01/11

56. Amex vs Alexander Max, et al, Rockville, MD, Depo 10/10

57. Umpqua Bank vs Larmont, et al, Sacramento, CA, Depo 10/10

58. In Re: Mammoth Arrowhead 1, LLC, Phoenix, AZ, Trial 09/10

59. D. Alexander vs Anderson, et al, Los Angeles, CA, Depo 08/10

60. In re: Quarry Pond, LLC, et al, San Francisco, CA, Trial 06/1

61. Abdi vs Mulhearn, et al, Los Angeles, CA, Arb 06/10

62. Lovett vs Citibank, et al, Los Angeles, CA, Depo 05/10; Trial 10/10

63. Charon Solutions, Inc. vs Jensen, et al, Los Angeles, CA, Depo 05/10

64. Faye Estates, LLC vs Eastern Savings Bank, Los Angeles, CA, Depo 04/10

65. Zey vs Dyck-O'Neal, et al, St. Louis, MO, Depo 04/10

66. In re: Mendoza, et al, Santa Rosa, CA., Trial 04/10

67. In re: Bacchus, et al, Santa Ana, CA, Depo 02/10; Trial 02/10

68. Matthews vs Chase, et al, Jacksonville, FL, Depo 02/10

69. DeWitt vs Monterey Insurance, et al., San Diego, CA, Depo 02/10; Trial 04/10.

70. In re: Bacchus, Santa Ana, CA, Trial 03/10.

71. Matthews vs Chase, Fairbanks Capital Corporation, et al. Jacksonville, FL, Depo 02/10

72. Garcia vs Triton Acceptance, Los Angeles, CA, Depo 12/09; Trial 12/09

73. CNA, et al vs Lloyds, et al, Chicago, CA, Depo 11/09

74. Hickerson vs Financial Freedom, et al, Ventura, CA Depo 11/09; Trial 09/11;

75. Perry vs Mega Life, et al., Phoenix, AZ, Depo 11/09

76. In re: McBride's RV Storage, LLC., Riverside, CA, Depo 10/09; Trial 10/09

77. Cartwright vs CMI, WSFS, Experian, et al. Los Angeles, CA, Depo 09/09; 10/09; 12/09

78. Miller, et al vs. Norton Financial, Greer, Safe Harbor Financial, et al. San Diego, CA, Depo 09/09

79. Petty vs Petty, Jackson, CA, Trial 08/09

80. Marcus vs Vorspan, et al, Los Angeles, CA, Depo 07/09; Arb 08/09

81. Hwang vs Fang Fashion, et al, Los Angeles, CA, Depo 06/09

82. Elie vs Smith, San Mateo, CA, Depo 06/09

83. In re Waterstone, LLC, et al, Reno, NV, Trial 06/09

84. Heil Construction, Inc., vs Security Pacific Bank, et al., Bakersfield, CA, 05/09

85. UJV, et al vs Lewis, Jennings, Ross, et al. Grand Rapids, MI, Depo 02/08; Trial 04/09

86. Blackburn vs. Duckor, et al, San Diego, CA, Dep 03/09; Arb 03/09

87. Holly Young vs Bigelow, Los Angeles, CA Depo 03/09; Trial 05/09
88. Levenson vs WaMu, et al., Los Angeles, CA, Depo 01/09

89. Drury - Countrywide, et al., Tampa, FL, Depo 10/08

90. Karen Cappuccio vs Countrywide, et al, Philadelphia, PA, Trial 09/08

91. Mark Anderson vs WaMu, et al, San Diego, CA, Depo 09/08

92. Ellis vs PHEAA, KeyBank, et al, Los Angeles, CA, Depo 07/08

93. Quinn vs Cherry Lane Auto, et al, Spokane, WA, Trial 06/08

94. In re I-5 Social Services Corporation, Debtor, Fresno, CA, Depo 05/08

95. Walsh et al vs Bank of Petaluma, et al, Santa Clara, CA, Depo 04/08; Trial 09/08

96. Gorman vs HSBC, Experian, et al, New York, NY, Depo 04/08

97. Shokatz vs Better Business Financial Services, Kelly Lucas & Pacifico LLP, et al, Milwaukee, WI, Depo 03/08

98. Austin vs HSBC, et al, San Diego, CA, Depo 03/08

99. Melton vs Friend, et al, Santa Ana, CA, Depo 01/08

100. OES vs West Coast Bank, et al, Portland OR, Trial 01/08

101. Michigan First Credit Union vs CUMIS, et al, Detroit MI, Depo 12/07; Trial 01/09

102. Ligon vs Chase, et al, Dallas, TX, Depo 11/07

103. Williams vs. AutoNation, Los Angels, CA, Depo 11/07; Trial 12/07

104. Weldon vs. Launch Marketing Concepts, Inc., Los Angeles, CA, Depo 11/07; Arbitration 12/07

105. Arnold vs LNR, Los Angeles, CA, Depo 10/07

106. Squirty's Collision, et al vs Finishmaster, et al, Depo 09/07; Trial 09/07

107. Casey vs US Bank, et al, Santa Ana, CA, Depo 09/07; Trial 10/07

108. Nardelli vs MetLife, et al, Phoenix, CA, Depo 09/07; 08/08; Trial 03/09

109. Cha, et al vs WFB, et al, Los Angeles, CA, Depo 08/07; Trial 09/07

110. Ho, et al vs Wells Fargo Bank, et al, Los Angeles, CA, Depo 08/07; Trial 08/08

111. Ott vs Markley Group, et al, Los Angeles, CA, Depo 06/07

112. Hayden vs. Hayden, Los Angeles, CA Arbitration 05/07

113. Nelson vs. Arrow Financial Services, et al, Los Angeles, CA, Depo 04/07; Trial 05/07

114. Foppiano vs. Union Bank of California, Sacramento, CA, Depo 04/07

115. Board of Health Dept vs Virginia Jefferies, et al, Mansfield, OH, Depo 04/07

116. DeLuna vs Bank America, Los Angeles, CA, Depo 12/06; Trial 06/07

117. Pertiera vs Bank America, Los Angeles, CA, Depo 12/06

118. United States vs. Flores, Los Angeles, CA, Trial 12/06

119. Lehman vs Net Bank, et al, Indianapolis, In, Depo 12/06

120. Kay vs. Washington Mutual, et al., Sacramento, CA, Depo 09/06

121. Loudd vs. Weston, Conseco, GreenTree, et al., Los Angeles, CA, Trial 09/06

122. Associated Bank, et al vs Brady Martz, Minneapolis, MN, Dep 0906

123. Satey vs Chase Manhattan Bank, et al, Los Angeles, CA, Dep 08/06

124. 1124 Marylin Drive Development, LLC vs Elyaszadeh, Los Angeles, CA, Dep 04/06; Trial 07/06

125. Paradigm Industries, Inc. vs Yang, Wells Fargo Bank, et al., Los Angeles, CA, Dep 03/06; trial 04/06

126. Bank of America vs Mark Guzy, et al, San Francisco, CA, Dep 03/06

127. First State Bank of Taos, et al. vs Close, Albuquerque, NM, Dep 02/06

128. Neumann, et al. vs. Friedland, et al, San Jose, CA, Dep 02/06

129. Babijian, et al vs Union Bank of California, Los Angeles, CA, Dep 01/06

130. Bistro Executive, Inc., et al, vs Rewards Network, Inc., et al, Dep 01/06

131. Lu, et al, Los Angeles, CA, Arbitration, 11/05

132. Fisher vs Wells Fargo Home Mortgage, et al, Los Angeles, CA Dep 11/05, Trial 04/07

The aforementioned list may be supplemented in the event that a matter(s) was inadvertently omitted. Dates have been estimated to the best of my recollection.

6. Statement of Qualifications:

Curriculum Vitae of Thomas A. Tarter attached as Exhibit A

29