Rebecca A. Caley, Bar No. 131997
Christopher M. Domin, Bar No. 273951
CALEY & ASSOCIATES
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
714/529-1400 Telephone
714/529-1515 Facsimile
rcaley@caleylaw.com
2030-078

Attorneys for Defendant,
BMW Financial Services NA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual;<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity;  EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation;  TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 14 – 1752 BRO SH<br><br>Hon. Beverly Reid O'Connell<br><br>DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S [PROPOSED] VOIR DIRE QUESTIONS FOR THE JURY<br><br>Jury Trial:<br>DATE:　　April 21, 2015<br>TIME:　　8:30 a.m.<br>CTRM:　　14 |

DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S
[PROPOSED] VOIR DIRE QUESTIONS FOR THE JURY

1.      Have you, a family member or close friend ever been a victim of identity theft?

2.      If you, a family member or close friend have been a victim of identity theft, describe what happened.

3.      If you, a family member or close friend have been a victim of identity theft, did any creditor refuse to accept the identity theft claim and insist on payment of the disputed debt?

4.      Do you believe that a creditor should be able to reasonably question the truthfulness of an identity theft claim made by a consumer?

5.      If you do not believe that a creditor should be able to reasonably question the truthfulness of an identity theft claim made by a consumer, why not?

6.      If a creditor reasonably investigates an identity theft claim made by a consumer, but concludes that a consumer's claim is not truthful, do you believe that the creditor may deny the claim?  If not, why not?

7.      Do you believe that all identity theft claims made by consumers are truthful?

8.      Do you believe that all identity theft claims made by consumers should be accepted as true by creditors?

2

DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S
[PROPOSED] VOIR DIRE QUESTIONS FOR THE JURY

DATED:  March 23, 2015          CALEY & ASSOCIATES
                                A Professional Corporation


                        By:    */s/ Rebecca A. Caley*
                                Rebecca A. Caley
                                Christopher M. Domin
                                Attorneys for Defendant,
                                BMW Financial Services NA, LLC

---

3

DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S
[PROPOSED] VOIR DIRE QUESTIONS FOR THE JURY