Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
3150 Montrose Ave.
La Crescenta, CA 91214
Tel.: (818) 249-5291
Fax: (818) 249-4329
Email: rbrennan@brennanlaw.com

Stephanie R. Tatar, Esq. [S.B. 237792]
**TATAR LAW FIRM, APC**
3500 West Olive Ave., Ste. 300
Burbank, CA  91505
Tel.: (323) 744-1146
Fax: (888) 778-5695
Email: stepanie@thetartarlwfirm.com

Attorney for Plaintiff SEUNGTAE KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br><br>BMW FINANCIAL SERVICES NA, LLC., et al.,<br><br><br>                    Defendants. | Case No. 2:14–cv–01752–BRO–SH<br>Hon. Beverly Reid O'Connell<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS.**<br><br>Date:   March 23, 2015<br>Time:   3:00 p.m.<br>Courtroom: 14<br><br>Trial Date: April 21, 2015 |

1. Have any of you ever been the victim of an identity theft?

2. Do you have any thoughts or beliefs about how a financial institution should handle a person's identity theft claim?

3. In this case, the alleged identity thief is not a party to this action.  The action is brought against a financial institution only.  Does the fact that the alleged identity thief is not a party in any way affect your ability to decide this case fairly?

4. Do any of you have any experience with false or inaccurate credit reporting?  Can you please describe this.

5. What are your feelings or beliefs regarding a financial institution's obligations regarding false or inaccurate credit reporting?

6. In this case, plaintiff is claiming emotional distress or mental anguish damages.  Are you able to follow the judge's instructions about these types of damages?  Do you favor any caps or limits on these types of damages, regardless of the evidence?

7. In this case, plaintiff is claiming punitive damages.  Do you have any moral or personal opposition to punitive damages?  Do you think they are useful in a civil litigation?  Do you favor any caps or limits on punitive damages, regardless of the evidence?

8. Have you, or anyone close to you, ever worked for a bank or a financial institution?  Please describe that position.

9. Have you, or anyone close to you, ever worked for a debt collector or in the credit or recovery sections of a financial institution?  Please describe that position.

10. Have you ever been wrongfully accused of owing a debt that you did not owe?  Please describe this experience.

1

PLAINTIFF'S OBJECTION TO DESIGNATION OF EXPERT WITNESS AFTER DEADLINE

11. Have you ever had a dispute with a financial institution where you could not resolve it without having to hire an attorney?  Please describe that experience.

12. Do you have any moral or personal beliefs against someone who files a lawsuit or pursues a dispute into litigation?  Please explain.

Respectfully submitted,

Dated:  March 23, 2015       **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: /s/ *Robert F. Brennan*

Robert F. Brennan
Attorney for Plaintiff
SEUNGTAE KIM

2

PLAINTIFF'S OBJECTION TO DESIGNATION OF EXPERT WITNESS AFTER DEADLINE