Rebecca A. Caley, Bar No. 131997
Christopher M. Domin, Bar No. 273951
CALEY & ASSOCIATES
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777    714/529-1400 Telephone

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an individual,<br><br>PLAINTIFF(S)<br>v.<br>BMW FINANCIAL SERVICES NA, LLC., a business entity, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14-cv-01752-BRO-SH<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

[PROPOSED] ORDER RE BMW FINANCIAL SERVICES NA LLC'S MOTION IN LIMINE NO. 1

**Reason:**
- ☐ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated: _____
- ☐ Administrative Record
- ☑ Other:
  Pursuant to Judge O'Connell's Order for Civil Jury Trial

| | |
|---|---|
| March 25, 2015 | /s/ Rebecca A. Caley |
| Date | Attorney Name |
| | Defendant, BMW Financial Services NA, LLC |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)  NOTICE OF MANUAL FILING OR LODGING

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 265 S. Randolph Avenue, Suite 270, Brea, California 92821.

On March 26, 2015, I served the following document described as:

NOTICE OF MANUAL FILING OR LODGING [PROPOSED] ORDER RE BMW FINANCIAL SERVICES NA, LLC'S MOTION IN LIMINE NO. 1

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes and addressed as follows:

ATTORNEYS FOR PLAINTIFF SEUNGTAE KIM
Robert F. Brennan
Law Offices of Robert F. Brennan
3150 Montrose Avenue
La Crescenta, CA 91214
rbrennan@brennanlaw.com

Stephanie Tatar
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
stephanie@thetatarlawfirm.com

[X]  **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses set forth above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Brea, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses set forth above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop-box of the overnight delivery carrier.

[ ]  **BY FAX TRANSMISSION:** I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ]  **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. See the declaration of the messenger.

[ ]  **BY ELECTRONIC SERVICE:** I caused the documents to be sent to the persons at the electronic addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2015, at Brea, California.

Carolyn Byrne