1 | **Rebecca A. Caley, CBN 131997**
**Christopher M. Domin, CBN 273951**
2 | **CALEY & ASSOCIATES**
**A Professional Corporation**
3 | **265 S. Randolph Avenue, Suite 270**
**Brea, California 92821-5777**
4 | **rcaley@caleylaw.com**
**714/529-1400 Office**
5 | **714/529-1515 Facsimile**
**2030-078**

Attorneys for Defendant,
BMW Financial Services NA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual, | CASE NO. 2:14-cv-01752-BRO SH |
| Plaintiff, | Assigned to Hon. Beverly Reid O'Connell |
| vs. | [PROPOSED] ORDER RE BMW FINANCIAL SERVICES NA LLC's MOTION IN LIMINE NO. 1 |
| BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive, | |
| Defendants. | |
| | TRIAL DATE: April 21, 2015 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

After considering the papers submitted by the parties in connection with Defendant BMW Financial Services NA, LLC., a Delaware limited liability company's ("BMW FS" and/or "Defendant), named as BMW Financial Services NA, LLC, a business entity, Motion in Limine No. 1, and, if considered at a hearing, having heard and considered argument of counsel,

**IT IS HEREBY ORDERED**, that Defendant's Motion in Limine No. 1 is **Granted**_____**Denied**_____. If granted, and the Court rules specifically, as follows:

1. The Expert Report of Thomas A. Tarter, the Supplemental Expert Report of Thomas A. Tarter shall be excluded from evidence in the trial on this matter.

2. Thomas A. Tarter is precluded from testifying.

3. The attorneys for Plaintiff shall immediately instruct Plaintiff and his witnesses to refrain from mentioning or referring to the above described evidence in the presence or hearing of jurors or prospective jurors; and

4. The attorneys for Plaintiff shall immediately inform Plaintiff and their witnesses of the terms and effect of this order *in limine*.

Dated: _____, 2015              _____
                              BEVERLY REID O'CONNELL
                              Judge of the United States District Court