

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual, | Case No. CV 14 – 1752 BRO SH |
| | Hon. Beverly Reid O'Connell |
| Plaintiff, | |
| vs. | REDACTED |
| | VERDICT FORM |
| BMW FINANCIAL SERVICES NA, LLC, | |
| Defendant. | |

We the jury in the above-entitled matter hereby render the following verdict:

## SECTION I:  FOUNDATIONAL FINDINGS

**Question no. 1-1:** Has Seungtae Kim proved by a preponderance of the evidence that he was a victim of identity theft?

1

Answer "yes" or "no."

Answer: ___YES___.

If you answer question no. 1 "yes", proceed to section II of the verdict form. If you answer question no. 1 "no", sign and return the verdict form.

## SECTION II: FAIR CREDIT REPORTING ACT

Question no. II-1: did BMW FINANCIAL SERVICES NA, LLC conduct a reasonable investigation of plaintiff's credit reporting dispute after receiving notice from a credit bureau?

Answer "yes" or "no".

Answer: ___No___.

If you answer "yes" to question II-1, proceed to section III of the verdict form. If you answer "no" to question II-1, proceed with question no. 2.

Question no. II-2: did BMW FINANCIAL SERVICES NA, LLC's violation or violations of the Fair Credit Reporting Act cause harms or losses to plaintiff SEUNGTAE KIM?

Answer "yes" or "no".

Answer: ___YES___.

2

If you answer question no. II-2 "no", proceed to section III of the verdict form. If you answer question no. II-2 "yes", proceed to question no. II-3.

Question no. II-3: specify, by dollar amount, the harms and losses which BMW FINANCIAL SERVICES NA, LLC'S violation (or violations) of the Fair Credit Reporting Act caused to SEUNGTAE KIM.

Economic damages: $_____0_____.
Noneconomic damages: $_____0_____.
Injury to reputation or creditworthiness $___250,000___.
Proceed to question II-4.

Question no. II-4: Did BMW FINANCIAL SERVICES NA, LLC willfully violate the Fair Credit Reporting Act?

Answer "yes" or "no".

Answer: _____No_____.

If you answered "no" to question no. II-4, proceed to section III of the verdict form. If you answered "yes" to question no. II-4, answer question no. II-5.

Question no. II-5: what amount, if any, do you assess against BMW FINANCIAL SERVICES NA, LLC in punitive damages?

Answer: $_____.

Proceed to Section III of the verdict form.

3

## SECTION III: CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT.

Question no. III-1: did BMW FINANCIAL SERVICES NA, LLC credit-report inaccurate or incomplete credit information about plaintiff SEUNGTAE KIM to one or more of the credit bureaus?

Answer "yes" or "no".

Answer: _____ YES _____.

If you answer "no" to question no. III-1, proceed to section IV of the verdict form. If you answer "yes" to question no. III-1, proceed with question no. III-2.

Question no. III-2: did BMW FINANCIAL SERVICES NA, LLC's violation (or violations) of the California Consumer Credit Reporting Agencies Act cause harms or losses to plaintiff SEUNGTAE KIM?

Answer "yes" or "no".

Answer: _____ YES _____.

If you answer question no. III-2 "no", proceed to section IV of the verdict form. If you answer question no. III-2 "yes", proceed to question no. III-3.

Question no. III-3: Did BMW FINANCIAL SERVICES NA, LLC establish by a preponderance of the evidence that, at the time it reported inaccurate or incomplete credit information about Plaintiff Seungtae Kim, BMW FINANCIAL SERVICES,

4

NA, LLC maintained reasonable procedures to comply with the California Consumer Credit Reporting Agencies Act?

Answer "yes" or "no".

Answer: _____ YES _____ .

If you answer question III-3 "yes", proceed to Section IV of the verdict form. If you answer question III-3 "no", proceed to question III-4.

Question no. III-4: specify, by dollar amount, the harms and losses which BMW FINANCIAL SERVICES NA, LLC'S violation (or violations) of the California Consumer Credit Reporting Agencies Act caused to SEUNGTAE KIM.

Economic damages: $_____ .
Noneconomic damages: $_____ .
Proceed to question III-5.

Question no. III-5: Did BMW FINANCIAL SERVICES NA, LLC willfully violate the California Consumer Credit Reporting Agencies Act?

Answer "yes" or "no".

Answer: _____ .

If you answered "no" to question no. III-5, proceed to section IV of the verdict form. If you answered "yes" to question no. III-5, answer question no. III-6.

Question no. III-6: what amount, if any, do you assess against BMW FINANCIAL SERVICES NA, LLC in punitive damages?  For the California Consumer Credit Reporting Agencies Act, you may assess punitive damages of between $100 and $5,000 per violation.

Answer: $_____.

Proceed to Section IV of the verdict form.

**SECTION IV: CALIFORNIA IDENTITY THEFT LAW**

Question no. IV-1: did BMW FINANCIAL SERVICES NA, LLC violate the California Identity Theft Law?

Answer "yes" or "no".

Answer: _____YES_____.

If you answer "no" to question no. IV-1, sign and return the verdict form.  If you answer "yes" to question no. IV-1, proceed with question no. IV-2.

Question no. IV-2: did BMW FINANCIAL SERVICES NA, LLC's violation (or violations) of the California Identity Theft law cause harms or losses to plaintiff SEUNGTAE KIM?

Answer "yes" or "no".

Answer: _____YES_____.

6

If you answer question no. IV-2 "no", sign and return the verdict form. If you answer question no. IV-2 "yes", proceed to question no. IV-3.

Question no. IV-3: specify, by dollar amount, the harms and losses which BMW FINANCIAL SERVICES NA, LLC'S violation (or violations) of the California Identity Theft Law caused to SEUNGTAE KIM.

Economic damages: $_____0_____.

Noneconomic damages: $___150,000___.

Proceed to question IV-4.

Question no. IV-4: By clear and convincing evidence, do you find each of the following:

a. That, at least 30 days prior to his filing of this lawsuit, SEUNGTAE KIM provided written notice to BMW FINANCIAL SERVICES NA, LLC at the address designated by BMW FINANCIAL SERVICES NA LLC for complaints related to credit reporting issues, that a situation of identity theft might exist and explaining the basis for that belief;

b. That BMW FINANCIAL SERVICES NA LLC failed to diligently investigate SEUNGTAE KIM'S notification of a possible identity theft; and,

c. That BMW FINANCIAL SERVICES NA LLC continued to pursue its claim against SEUNGTAE KIM after BMW FINANCIAL SERVICES NA LLC was presented with facts that were later held to entitled SEUNGTAE KIM to a judgment pursuant to this section.

If you find all three "a", "b" and "c", above, by clear and convincing evidence, answer "yes" and proceed to question no. IV-5. If you do not find any one or all of

7

"a", "b" and "c", above by clear and convincing evidence, answer "no", proceed no further and sign and return this verdict form.

Answer "yes" or "no".

Answer: _____YES_____.

If you answered "no" to question no. IV-4, sign and return the verdict form. If you answered "yes" to question no. IV-4, answer question no. IV-5.

Question no. IV-5: what amount, if any, do you assess against BMW FINANCIAL SERVICES NA, LLC in a civil penalty, up to a maximum of $30,000.00 (thirty thousand dollars)?

Answer: $_____30,000_____.

Dated: 8-28-15



By:

Jury Foreperson