JS-6

1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SEUNGTAE KIM, an Individual, | Case No.: CV 14–01752–BRO (JCx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Honorable Beverly Reid O'Connell |
| BMW FINANCIAL SERVICES NA, LLC., et al. | |
| Defendants. | |

JUDGMENT AFTER JURY TRIAL

The Court called this matter for jury trial on August 25, 2015.  Plaintiff SEUNGTAE KIM was represented by Robert F. Brennan, Esq. and Stephanie Tatar, Esq.  Defendant BMW FINANCIAL NA, LLC was represented by Rebecca Caley, Esq.  The Court empaneled an eight-person jury in this matter on August 25, 2015, and the parties presented evidence and argued the case.  On August 28, 2015, the jury rendered its unanimous verdict.  Based on the jury's verdict, IT IS HEREBY ORDERED AND ADJUDGED that:

1. JUDGMENT is entered against Defendant BMW Financial Services NA, LLC on Plaintiff Seungtae Kim's claim for violation of the Fair Credit Reporting Act.  On this claim, Plaintiff Seungtae Kim shall recover from Defendant BMW Financial Services NA, LLC the amount of $250,000, with interest accruing at the legal rate from the date of entry of judgment, for injury to reputation or creditworthiness.

2. JUDGMENT is entered in favor of Defendant BMW Financial Services NA, LLC on Plaintiff Seungtae Kim's claim for violation of the California Consumer Credit Reporting Agencies Act.

3. JUDGMENT is entered against Defendant BMW Financial Services NA, LLC on Plaintiff Seungtae Kim's claim for violation of the California Identity Theft Law.  On this claim, Plaintiff Seungtae Kim shall recover from Defendant BMW Financial Services NA, LLC the amount of $150,000, with interest accruing at the legal rate from the date of entry of judgment, for noneconomic damages.  Plaintiff Seungtae Kim shall also recover from Defendant BMW Financial Services NA, LLC a civil penalty in the amount of $30,000, with interest accruing at the legal rate from the date of entry of judgment.

4. IT IS ALSO ORDERED, ADJUDGED, AND DECREED that Plaintiff Seungtae Kim shall, in addition to the judgment amount specified in the

1

preceding paragraph, recover his reasonable attorneys' fees and costs against BMW Financial Services NA, LLC in a sum to be determined according to subsequent proof and motion.

IT IS FURTHER ORDERED THAT Plaintiff shall file a separate motion for attorneys' fees, and a bill of costs, after judgment is entered pursuant to the federal and local rules of civil procedure.  Plaintiff shall have 21 days to file his Motion for Attorneys' Fees and Bill of Costs from the date of entry of judgment.

**IT IS HEREBY ORDERED**

Dated: <u>September 8, 2015</u>

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2