Exhibit 3

# FILING FEES

1 | Robert F. Brennan, Esq. [S.B. #132449]
LAW OFFICES OF ROBERT F. BRENNAN, A P.C.
2 | 3150 Montrose Ave.
La Crescenta, Ca. 91214
3 | Phone: 818] 249-5291
Fax: 818] 249-4329
4 | Email: rbrennan@brennanlaw.com

5 | Attorney for Plaintiff: Seungtae Kim

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9

10 | SEUNGTAE KIM, an Individual;          ) Case No.:
                                        )
11 |     Plaintiff,                      ) CV14-1752 JCG
                                        ) COMPLAINT FOR DAMAGES:
12 |     vs.                            )
                                        )
13 | BMW FINANCIAL SERVICES NA,          ) 1. FAIR CREDIT REPORTING ACT.
    LLC., a business entity; EQUIFAX     ) 2. CALIFORNIA IDENTIY THEFT
14 | INFORMATION SERVICES LLC, a         )    LAW
    business entity; EXPERIAN            ) 3. ROSENTHAL FAIR CREDIT
15 | INFORMATION SOLUTIONS, INC., a      )    COLLECTION PRACTICES ACT
    Corporation; TRANSUNION, LLC., a     ) 4. CALIFORNIA CONSUMER
16 | business entity, and DOES 1-10,     )    CREDIT REPORTING AGENCIES
    Inclusive,                           )    ACT
17 |                                     )
        Defendants.                      )
18 |                                     )
                                        ) JURY TRIAL DEMANDED.
19 |                                     )
                                        )
20 |                                     )

21 |     Plaintiff alleges:

22 |     1. Plaintiff SUNGTAE KIM ("Plaintiff") is a resident of Los Angeles

23 | County, State of California.

24 |     2. Defendants EQUIFAX INFORMATION SERVICES, LLC

25 | ("EQUIFAX"), EXPERIAN INFORMATION SOLUTIONS INC. ("EXPERIAN")

26 | and TRANSUNION, LLC. ("TRANSUNION") are business entities, form

27 | unknown, doing business in the State of California as credit bureaus which receive

28

COMPLAINT FOR DAMAGES



# INVOICE

**DATE:** 3/14 to 9/15

**ANGELS ATTORNEY SERVICES**
304 E. Garfield Ave. Glendale, CA 91205
Tel: 818 913-4550 or 818 378-0006
Facsimile: 818 240-4175
E-Mail: angelsattorneyservices@yahoo.com
www.angelsattorneyservices.com

Robert F. Brennan A.P.C.
3150 Montrose Ave.
La Crescenta, CA 91214

| Service | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| S. KIM | FEDERAL COURT FILING Summons & Complaint at: 312 N Spring St. Los Angeles, CA 90012 | 3/10/2014 | 34.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 3/10/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 6/17/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 7/28/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/26/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/19/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 01/21/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/16/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | Serve 4 Subpoenas to: SHELLY BMW at; 6750 Auto Center Dr. Buena Park, CA 90621 | 03/31/2015 | 59.00 |
| S.KIM | Serve Documents to CT Corporation Systems at; 818 W. 7th St. Los Angeles, CA 90017 | 03/31/2015 | 32.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/31/2015 | 29.00 |
| S.KIM | Serve SUBPOENA to: TUSTIN LEXUS, at; 45 Auto Center Drive, Tustin, CA 92782 | 04/03/2015 | 59.00 |
| S.KIM | Serve SUBPOENA to: Young Hoon Seo, Dongguk University Los Angeles, 440 Shatto Pl., Los Angeles, CA 90020 | 04/14/2015 | 36.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 04/29/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/04/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/18/2015 | 29.00 |
| | | **TOTAL** | |

*It's been a pleasure working with you*
Payment is due within     days



**ANGELS**
**ATTORNEY SERVICES**
304 E. Garfield Ave. Glendale, CA 91205
Tel: 818 913-4550 or 818 378-0006
Facsimile: 818 240-4175
E-Mail: angelsattorneyservices@yahoo.com
www.angelsattorneyservices.com

INVOICE

DATE:  3/14 to 9/15

Robert F. Brennan A.P.C.
3150 Montrose Ave.
La Crescenta, CA 91214

| Service | DESCRIPTION | DATE | AMOUNT |
|---------|-------------|------|--------|
| S. KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/17/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/24/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/03/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/09/2015 | 29.00 |

**TOTAL** 742.00

*It's been a pleasure working with you*
Payment is due within     days



ONLINE COURT SERVICES

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

# Paid Invoice Receipt

| Date | 8/21/2015 |
|------|-----------|
| Acct. No. | 0074647 |
| Cash Sale # | 00298809 |
| Due Date | |

**Bill To**

Tatar Law Firm
Stephanie Tatar
3500 West Olive Avenue
Suite 300
Burbank CA 91505

| | |
|---|---|
| Sales Order: | 8406100 |
| Firm Contact: | Stephanie Tatar |
| Filer Name: | Stephanie Tatar |
| Billing Code: | none |
| Plaintiff: | Seungtae Kim |
| Defendant: | BMW Financial Services |
| Documents: | Exhibit List |
| Court Branch: | United States District Court, Central District of California |
| Target: | |
| **Served:** | |
| **Serve Info:** | |

| Item | Amount |
|------|--------|
| **Court Filing Urgent Charge** | **50.95** |
| **Courtesy Copy with Filing Service** | **26.95** |

| | |
|---|---|
| **Total** | **$77.90** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**          $

# SERVICE OF PROCESS



# INVOICE

**ANGELS ATTORNEY SERVICES**
304 E. Garfield Ave. Glendale, CA 91205
Tel: 818 913-4550 or 818 378-0006
Facsimile: 818 240-4175
E-Mail: angelsattorneyservices@yahoo.com
www.angelsattorneyservices.com

DATE: 3/14 to 9/15

Robert F. Brennan A.P.C.
3150 Montrose Ave.
La Crescenta, CA 91214

| Service | DESCRIPTION | DATE | AMOUNT |
|---------|-------------|------|--------|
| S. KIM | FEDERAL COURT FILING Summons & Complaint at: 312 N Spring St. Los Angeles, CA 90012 | 3/10/2014 | 34.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 3/10/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 6/17/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 7/28/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/26/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/19/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 01/21/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/16/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | Serve 4 Subpoenas to: SHELLY BMW at; 6750 Auto Center Dr. Buena Park, CA 90621 | 03/31/2015 | 59.00 |
| S.KIM | Serve Documents to CT Corporation Systems at; 818 W. 7th St. Los Angeles, CA 90017 | 03/31/2015 | 32.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/31/2015 | 29.00 |
| S.KIM | Serve SUBPOENA to: TUSTIN LEXUS, at; 45 Auto Center Drive, Tustin, CA 92782 | 04/03/2015 | 59.00 |
| S.KIM | Serve SUBPOENA to: Young Hoon Seo, Dongguk University Los Angeles, 440 Shatto Pl., Los Angeles, CA 90020 | 04/14/2015 | 36.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 04/29/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/04/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/18/2015 | 29.00 |

**TOTAL**

*It's been a pleasure working with you*
Payment is due within     days



**ANGELS ATTORNEY SERVICES**
304 E. Garfield Ave. Glendale, CA 91205
Tel: 818 913-4550 or 818 378-0006
Facsimile: 818 240-4175
E-Mail: angelsattorneyservices@yahoo.com
www.angelsattorneyservices.com

# INVOICE

DATE: 3/14 to 9/15

Robert F. Brennan A.P.C.
3150 Montrose Ave.
La Crescenta, CA 91214

| Service | DESCRIPTION | DATE | AMOUNT |
|---------|-------------|------|--------|
| S. KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/17/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/24/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/03/2015 | 29.00 |
| S:KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/09/2015 | 29.00 |

**TOTAL** 742.00

*It's been a pleasure working with you*
Payment is due within     days





# Invoice

Remit to:
**Rapid Legal, Inc.**
**PO Box 4748**
**Chino Hills, CA 91709**
**Tax ID #95-4470545**

| Date | Invoice # |
|------|-----------|
| 4/7/2015 | 1062643 |
| Terms | Net 15 |

| Bill To | Requested By |
|---------|--------------|

| Account # | 31847 |
|-----------|-------|

LAW OFFICES OF ROBERT F. BRENNAN
3150 Montrose Ave.
La Crescenta, CA 91214
Attn: Sandra Corral
Billing Code: 2:14–cv–01752–BRO (SHx)

| Case No. | Date Completed |
|----------|----------------|
| 2:14–cv–01752–BRO ... | 4/7/2015 |

| Description | Amount |
|-------------|--------|
| Serve - Same Day Serve (per address)<br>CASE: SEUNGTAE KIM, SEUNGTAE  v. BMW FINANCIAL SERVICES, N.A., LLC, et al.<br>DOCUMENTS: Federal Subpoena to Testify at a Deposition in a Civil Action<br>PARTY TO SERVE: MIKE SUNG SOO KIM aka MIKE S. KIM aka MIKE SUNGSOO KIM<br>ADDRESSES ATTEMPTED: 7450 Brigadoon Way, Dublin, CA 94568;<br>5720 Stoneridge Mall Road, Suite 250, Pleasanton, CA 94588 | 125.95 |
| Serve - Additional Address Same Day Serve<br>CASE: SEUNGTAE KIM, SEUNGTAE  v. BMW FINANCIAL SERVICES, N.A., LLC, et al.<br>DOCUMENTS: Federal Subpoena to Testify at a Deposition in a Civil Action<br>PARTY TO SERVE: MIKE SUNG SOO KIM aka MIKE S. KIM aka MIKE SUNGSOO KIM<br>ADDRESSES ATTEMPTED: 7450 Brigadoon Way, Dublin, CA 94568;<br>5720 Stoneridge Mall Road, Suite 250, Pleasanton, CA 94588 | 125.95 |
| Witness Fees Advanced | 0.00 |
| Advance Convenience Fee | 0.00 |

*Thank you for your business!*

*All charges for Rapid Legal services are due upon submission of your order through rapidlegal.com. Should Rapid Legal have to initiate a collections effort, all reasonable collection costs and/or legal fees will be added to the balance due.*

*A $25 fee will be charged for any returned checks and/or ACH transactions.*

| Total | $251.90 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $251.90 |

Email: accountsreceivable@rapidlegal.com
Phone 909.664.9565
Fax 909.597.9178

**www.rapidlegal.com**



# RAPID LEGAL®
*an online attorney service*

# Invoice

Remit to:
Rapid Legal, Inc.
PO Box 4748
Chino Hills, CA 91709
Tax ID #95-4470545

| Date | Invoice # |
|------|-----------|
| 4/13/2015 | 1065525 |
| **Terms** | Net 15 |

| Bill To |
|---------|

| Account # | 31847 |
|-----------|-------|

LAW OFFICES OF ROBERT F. BRENNAN
3150 Montrose Ave.
La Crescenta, CA 91214
Attn: Sandra Corral
Billing Code: Kim

| Requested By |
|--------------|

| Case No. |
|----------|
| 12:14-cv-01752 |

| Date Completed |
|----------------|
| 4/13/2015 |

| Description | Amount |
|-------------|--------|
| Serve - Same Day Serve (per address)<br>CASE: Kim, Seungtae  v. BMW Financial Services, NA, LLC<br>DOCUMENTS: Federal Subpoena to Testify at a Deposition in a Civil Action<br>PARTY TO SERVE: MIKE SUNG SOO KIM aka MIKE S. KIM aka MIKE SUNGSOO KIM<br>ADDRESS SERVED: 7904 Dublin Blvd., Dublin, CA 94568 | 125.95 |
| Stakeout or Special Handling (per hour) | 80.00 |
| Witness Fees Advanced | 0.00 |
| Advance Convenience Fee | 0.00 |

*Thank you for your business!*

| | |
|---|---|
| *All charges for Rapid Legal services are due upon submission of your order through rapidlegal.com. Should Rapid Legal have to initiate a collections effort, all reasonable collection costs and/or legal fees will be added to the balance due.* | **Total** — $205.95 |
| | **Payments/Credits** — $0.00 |
| *A $25 fee will be charged for any returned checks and/or ACH transactions.* | **Balance Due** — **$205.95** |

Email: accountsreceivable@rapidlegal.com
Phone 909.664.9565
Fax 909.597.9178

www.rapidlegal.com

# REPORTER'S TRIAL TRANSCRIPTS

Myra L. Ponce, CSR

**MYRA L. PONCE**
**Official Court Reporter**
**312 North Spring Street, #430**
**Los Angeles, CA 90012**
**(213) 894-2305**
**myraponce@sbcglobal.net**

# INVOICE

**Bill To** Law Offices of Robert F. Brennan
Att: Robert F. Brennan, Attorney
3150 Montrose Avenue
La Crescenta, CA 91214

Date      9/17/2015

Invoice #    15 -1810

| Description | Amount |
|---|---|
| TRANSCRIPTS (CC) - Seungtae Kim v. BMW Financial Services, Case No. CV 14-1752 BRO, TRIAL taken on 8/25, 8/26, 8/27, and 8/28/2015 | 630.00 |
| Category: EXPEDITED (7 DAYS) Format: PDF Estimated number of pages: 700 pgs. @ $0.90 per page 3.5% Credit Card Transaction Fee | 22.05 |

|  | **Total** | $652.05 |
|---|---|---|
| **EIN No. 75-3149006** | **Payments/Credits** | $0.00 |
|  | **Balance Due** | $652.05 |

LAW OFFICE OF ROBERT F BRENNAN, A. P. C.
3150 MONROSE AVE
LA CRESCENTA, CA 91214-3688

1013

90-728/1222

DATE _17 Sept 05_

PAY
TO THE
ORDER OF _Myra Perez_                                    $ _652.25_

_Six hundred fifty - two and 05/100_ _____ DOLLARS

BANK OF THE WEST
Pasadena Main Office
987 E COLORADO BLVD.
PASADENA, CA 91101
1-800-488-2265

FOR _RFM v BMW F Attorney_

⑈000⑈1013⑈  ⑈:122228428431:  0284075288⑈

# DEPOSITIONS

*ink.*

from CHASE ○

P.O. BOX 15123
WILMINGTON, DE
19850-5123

5589671008405215000092000054377300000000004

AUTOPAY IS ON
See Your Account
Messages below
for details.

| | |
|---|---|
| Payment Due Date: | 03/16/15 |
| New Balance: | |
| Minimum Payment: | |

Ac

$ _____ Amount Enclosed

Make your check payable to: Chase Card Services

05159 BEX 9 05315 C
STEPHANIE R TATAR
TATAR LAW FIRM A PROFESS
3500 W OLIVE AVE FL 300
BURBANK CA 91505-4647

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

500016028 0571008405 2150

# BUSINESS CARD STATEMENT

 Manage your account online:
www.chase.com/businesscards

 Customer Service:
1-800-346-5538

 Mobile: Visit chase.com
on your mobile browser

## ACCOUNT SUMMARY

**Account Number:** |

Previous Balance
Payment, Credits
Purchases
Cash Advances
Balance Transfers
Fees Charged
Interest Charged
New Balance

Opening/Closing Date
Revolving Credit Amount
Available Credit
Cash Access Line
Available for Cash

Past Due Amount
Balance over the Credit Access Line

## PAYMENT INFORMATION

New Balance
Payment Due Date
Minimum Payment Due

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## YOUR ACCOUNT MESSAGES

Your next AutoPayment for $92.00 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday or Holiday). If you make a payment before your due date, that amount will be deducted from the AutoPayment amount identified above.

## CHASE ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 6,478 |
| + 1 Point per $1 earned on all purchases | 3,003 |
| + Points for Ultimate Rewards travel | 0 |
| + 4 Pts per $1 Internt,cable,phone,ofc sply | 1,306 |
| + 1 Point per $1 on gas stns & restaurants | 0 |
| = Total points available for redemption | 10,787 |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

## Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____

*Home Phone: _____ _____ _____   *Work Phone: _____ _____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

## To contact us regarding your account:

**By Telephone:**

| | |
|---|---|
| In U.S. | 1-800-346-5538 |
| Español | 1-888-796-0574 |
| TTY | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | 1-480-350-7099 |



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

✉ **Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesschta

---

**Information About Your Account**

Crediting of Payments: You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 a.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 a.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 5 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 5 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type shown for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

Account Information Reported to Credit Bureaus: We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

Notice About Electronic Check Conversion: When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

Conditional Payments: Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

Annual Renewal Notice: If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or is monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is later) after we provide the statement on which the annual fee or charge is billed and of the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

Calculation of Balance Subject to Interest Rate: To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, and questions about a particular rate and charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may contain different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a transaction fee for each balance transfer, cash advance, or check transaction. In the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 31, 2015 through February 27, 2015

Account Number:

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



Ildmulldldlllmlhldalellmlglllmllmdlddmll
00065862 DRE 703 142 05918 NNNNNNNNNNN T 1 000000000 60 0000
TATAR LAW FIRM A PROFESSIONAL CORP
3500 W OLIVE AVE FL 300
BURBANK CA 91505-4647

We are updating your Deposit Account Agreement

We will update the Electronic Funds Transfer Service Terms in your agreement for business accounts effective March 22, 2015, to cover how you can use an eATM (formerly known as Express Banking kiosk) located inside a branch lobby during the branch operating hours:

- Each signer can withdraw up to $3,000 each day. Business Associate card limits remain the same.

- At certain Chase eATMs, you or an authorized signer will be able to provide us personal identification that we accept, such as a driver's license. Our branch employee will then give you a temporary, one-time code so you can have full use of the eATM.

- All other withdrawals at eATMs count towards your daily ATM withdrawal limit.

These changes will happen over several months, so you should ask an employee in your branch if the eATM has been updated with these changes.

For a copy of your agreement, you can view it anytime by logging in at chase.com and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch. If you have questions, please call us at the telephone number listed on this statement.

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |
| Deposits and Additions | 6 | |
| Checks Paid | 13 | |
| ATM & Debit Card Withdrawals | 24 | |
| Electronic Withdrawals | 8 | |
| Ending Balance | 51 | |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | Deposit | |
| 02/13 | Online Trans | |
| 02/20 | Deposit | |
| 02/23 | Deposit | |
| 02/24 | Online Trans | |
| 02/25 | ATM Check | |

**Total Deposits and Add**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID |
|-----------|-------------|-----------|
| 1408 ^ | | 02/02 |
| 1412 * ^ | | 02/12 |
| 1416 * ^ | | 02/02 |
| 1419 * ^ | | 02/17 |
| 1420 ^ | | 02/18 |
| 1421 ^ | | 02/11 |
| 1423 * ^ | | 02/06 |
| 1424 ^ | | 02/11 |
| 1425 ^ | | 02/17 |
| 1426 ^ | | 02/13 |
| 1427 ^ | | 02/23 |
| 1428 ^ | | 02/17 |
| 1429 ^ | | 02/23 |

**Total Checks Paid**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION |
|------|-------------|
| 02/02 | Card Purchase |
| 02/02 | Card Purchase With |
| 02/03 | Card Purchase |
| 02/04 | Card Purchase |
| 02/05 | Card Purchase |
| 02/06 | Card Purchase |
| 02/09 | Card Purchase With |
| 02/10 | Recurring Card Purc |
| 02/11 | Card Purchase |
| 02/17 | Card Purchase |
| 02/18 | Card Purchase |
| 02/18 | Card Purchase |


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/23 | Card Purchase | | |
| 02/23 | Card Purchase | | |
| 02/24 | Card Purchase | | |
| 02/24 | Card Purchase | | |
| 02/25 | Card Purchase | | |
| 02/25 | Card Purchase | | |
| 02/26 | Card Purchase | | |
| 02/26 | Card Purchase | | |
| 02/26 | Card Purchase | | |
| 02/26 | Card Purchase | | |
| 02/27 | Card Purchase | 02/26 Delta Air  00682619771 Columbus OH Card 5726 | 25.00 |
| 02/27 | Card Purchase | 02/26 Delta Air  00601462035 Columbus OH Card 5726 | 15.00 |

**Total ATM & Debit Card Withdrawals**      **$3,188.12**

## ATM & DEBIT CARD SUMMARY

Stephanie R Tatar  Card 5726

     Total ATM Withdrawals & Debits

     Total Card Purchases

     Total Card Deposits & Credits

ATM & Debit Card Totals

     Total ATM Withdrawals & Debits

     Total Card Purchases

     Total Card Deposits & Credits

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/06 | | |
| 02/06 | | |
| 02/13 | | |
| 02/13 | | |
| 02/17 | | |
| 02/17 | | |
| 02/20 | | |
| 02/27 | | |

Total Ele

**BUSINESS CARD STATEMENT**  Manage your account online: www.chase.com/businesscards   Customer Service: 1-800-346-5538   Mobile: Visit chase.com on your mobile browser

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/05 | DELTA   00601449613712 DELTA.COM CA<br>1 X   LAX   LAX<br>2   0000   0000 | 69.00 |
| 02/05 | DELTA   00601449613723 DELTA.COM CA<br>1 X   LAX   LAX<br>2   0000   0000 | 19.00 |
| 02/05 | DELTA   00623007896696 DELTA.COM CA<br>1 V   LAX   CMH<br>2 T   CMH   ATL<br>3 T   ATL   LAX<br>4   0000   0000 | 403.70 |
| 02/05 | DELTA   00601449613734 DELTA.COM CA<br>1 X   LAX   LAX<br>2   0000   0000 | 10.00 |
| 02/05 | DELTA   00601447619084 DELTA.COM CA<br>1 X   LAX   LAX<br>2   0000   0000 | 10.00 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total Interest charged in 2015 | $37.90 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

**INTEREST CHARGES**

# INVOICE

HINES REPORTERS
888 S.FIGUEROA ST.
SUITE840
LOS ANGELES, CA 90017
Phone:213.688.7887   Fax:213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239375 | 4/2/2015 | 68575 |
| **Job Date** | **Case No.** | |
| 2/26/2015 | | |
| **Case Name** | | |
| Kim vs. BMW Financial Services | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA  91214

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 60.89 |
| (=) New Balance: | **$441.39** |

**Tax ID: 95-4837031**

*Please detach bottom portion and return with payment.*

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA  91214

| | | |
|---|---|---|
| Invoice No. | : | 239375 |
| Invoice Date | : | 4/2/2015 |
| **Total Due** | : | **$441.39** |

| | | |
|---|---|---|
| Job No. | : | 68575 |
| BU ID | : | INC |
| Case No. | : | |
| Case Name | : | Kim vs. BMW Financial Services |

Remit To:  HINES REPORTERS
888 S.FIGUEROA ST.
SUITE840
LOS ANGELES, CA 90017

# INVOICE

HINES REPORTERS
888 S.FIGUEROA ST.
SUITE840
LOS ANGELES, CA 90017
Phone:213.688.7887  Fax:213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239341 | 4/2/2015 | 68979 |
| **Job Date** | **Case No.** | |
| 2/26/2015 | | |
| **Case Name** | | |
| Kim vs. BMW Financial Services | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA  91214

The Original & One Certified Transcript of the Deposition of:

Angela Jarosik

| | | | | |
|---|---|---|---|---|
| THE ORIGINAL & ONE CERTIFIED TRANSCRIPT | 234.00 Pages | @ | 5.00 | 1,170.00 |
| EXHIBITS (BLACK & WHITE) | 61.00 Pages | @ | 0.50 | 30.50 |
| ATTENDANCE FEE - OUT OF STATE | 6.00 | @ | 55.00 | 330.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED | | | 0.00 | 0.00 |
| COMPLIMENTARY CD | | | 0.00 | 0.00 |
| ON-LINE ACCESS | | | 0.00 | 0.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,600.50** |
| AFTER 5/2/2015  PAY | $1,760.55 |

We are providing you with FREE 24/7 access to your reprintable, downloadable online transcripts.

We accept all major credit cards. A finance charge of 1.5%/mo will apply after 30 days. Customer agrees to pay all costs of collection including attorney fees.

| (-) Payments/Credits: | 0.00 |
|---|---|

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA  91214

| | | |
|---|---|---|
| Invoice No. | : | 239341 |
| Invoice Date | : | 4/2/2015 |
| **Total Due** | : | **$1,856.59** |

| | | |
|---|---|---|
| Job No. | : | 68979 |
| BU ID | : | INC |
| Case No. | : | |
| Case Name | : | Kim vs. BMW Financial Services |

Remit To: **HINES REPORTERS**
**888 S.FIGUEROA ST.**
**SUITE840**
**LOS ANGELES, CA 90017**

# INVOICE

HINES REPORTERS
888 S. FIGUEROA ST.
SUITE 840
LOS ANGELES, CA 90017
Phone: 213.688.7887  Fax: 213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239378 | 4/2/2015 | 68576 |
| **Job Date** | **Case No.** | |
| 2/27/2015 | | |
| **Case Name** | | |
| Kim vs. BMW Financial Services | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

The Original & One Certified Transcript of the Deposition of:

Alison E. Parillo - VOL. 2

| | | | | |
|---|---|---|---|---:|
| THE ORIGINAL & ONE CERTIFIED TRANSCRIPT | 128.00 Pages | @ | 5.00 | 640.00 |
| EXHIBITS (BLACK & WHITE) | 169.00 Pages | @ | 0.50 | 84.50 |
| ATTENDANCE FEE - OUT OF STATE | 4.00 | @ | 55.00 | 220.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED | | | 0.00 | 0.00 |
| COMPLIMENTARY CD | | | 0.00 | 0.00 |
| ON-LINE ACCESS | | | 0.00 | 0.00 |

| | |
|---|---:|
| TOTAL DUE >>> | **$1,014.50** |
| AFTER 5/2/2015 PAY | $1,115.95 |

We are providing you with FREE 24/7 access to your reprintable, downloadable
online transcripts.

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

| (-) Payments/Credits: | 1,000.00 |
|---|---:|

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

| | | |
|---|---|---|
| Invoice No. | : | 239378 |
| Invoice Date | : | 4/2/2015 |
| **Total Due** | : | **$116.83** |

| | | |
|---|---|---|
| Job No. | : | 68576 |
| BU ID | : | INC |
| Case No. | : | |
| Case Name | : | Kim vs. BMW Financial Services |

Remit To: **HINES REPORTERS**
**888 S. FIGUEROA ST.**
**SUITE 840**
**LOS ANGELES, CA 90017**

# INVOICE

HINES REPORTERS
888 S.FIGUEROA ST.
SUITE840
LOS ANGELES, CA 90017
Phone:213.688.7887 Fax:213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239378 | 4/2/2015 | 68576 |
| **Job Date** | **Case No.** | |
| 2/27/2015 | | |
| **Case Name** | | |
| Kim vs. BMW Financial Services | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

| | |
|---|---|
| (+) Finance Charges/Debits: | 102.33 |
| (=) New Balance: | **$116.83** |

**Tax ID: 9S-4837031**

*Please detach bottom portion and return with payment.*

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

| | | |
|---|---|---|
| Invoice No. | : | 239378 |
| Invoice Date | : | 4/2/2015 |
| **Total Due** | : | **$116.83** |

Remit To: **HINES REPORTERS**
**888 S.FIGUEROA ST.**
**SUITE840**
**LOS ANGELES, CA 90017**

| | | |
|---|---|---|
| Job No. | : | 68576 |
| BU ID | : | INC |
| Case No. | : | |
| Case Name | : | Kim vs. BMW Financial Services |



**CHASE** 🄾

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 28, 2015 through March 31, 2015

Account Number:



IlıIıııllılılılIııılılılılıllııIılIıIııIlııIlılılıııll
00065028 DRE 703 142 09115 NNNNNNNNNNNN T 1 000000000 60 0000

TATAR LAW FIRM A PROFESSIONAL CORP
3500 W OLIVE AVE FL 300
BURBANK CA 91505-4647

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |
| Deposits and Additions | 6 | |
| Checks Paid | 15 | |
| ATM & Debit Card Withdrawals | 25 | |
| Electronic Withdrawals | 12 | |
| Ending Balance | 58 | |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE |
|---|
| 03/03 |
| 03/06 |
| 03/09 |
| 03/10 |
| 03/12 |
| 03/17 |
| Total De |



CHASE ◆

## CHECKS PAID

| CHECK NO. | DESCRIPTION |
|-----------|-------------|
| 1422 ^ | |
| 1430 * ^ | |
| 1431 ^ | |
| 1432 ^ | |
| 1433 ^ | |
| 1434 ^ | |
| 1435 ^ | |
| 1436 ^ | |
| 1437 ^ | |
| 1438 ^ | |
| 1439 ^ | |
| 1440 ^ | |
| 1441 ^ | |
| 1442 ^ | |
| 1443 ^ | |

**Total Checks Paid**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 03/02 | Card Purchase | 02/28 Hyatt Place Columbus/Du Dublin OH Card 5726 | $302.83 |
| 03/02 | Card Purchase | 02/27 Paradies # 027    Q02 614-2393310 OH Card 5726 | 8.36 |
| 03/02 | Card Purchase | 02/27 Paradies # 027    Q02 614-2393310 OH Card 5726 | 7.15 |
| 03/02 | Card Purchase | 02/27 Gogoair.Com 877-350-0038 IL Card 5726 | 16.95 |
| 03/02 | Card Purchase | 02/28 Park N Fly Los Angeles Los Angeles CA Card 5726 | 63.68 |
| 03/02 | Card Purchase W'''  D'- 00/00 '' | | |
| 03/02 | Card Purchase | | |
| 03/02 | Card Purchase | | |
| 03/02 | ATM Withdrawal | | |
| 03/03 | Card Purchase | | |
| 03/04 | Card Purchase Witl | | |
| 03/05 | Card Purchase | | |
| 03/09 | Card Purchase | | |
| 03/10 | Recurring Card Pur | | |
| 03/11 | Card Purchase | | |
| 03/11 | Card Purchase | | |
| 03/12 | Card Purchase | | |
| 03/12 | Card Purchase | | |
| 03/12 | Card Purchase | | |
| 03/16 | Card Purchase | | |
| 03/16 | Card Purchase | | |

```
*****
HERS CAR REN
  HERTZ SYSTEM           4-239-1084
  RENTAL RECOR         6179823-6
  QATAR STEPH
  COMPLETED BY.         ABDI
  RENTED: COLUMBUS
  RENTAL: 02/25/15      19.32
  RETURN: 02/27/15      15.41
  MILES IN:  1365    OUT:  1311
  DRVN:      54  ALLOW:  54
  PLAN IN: SDU1        CUR SDU1
  VEHICLE: 94070/010'-98-7F
    2     DAYS            $   196.98
  SUBTOTAL               $   196.98
  DISCOUNT 10%           -$   19.70
  PDO ACCEPTED AT        $    18.36
  CONC FEE RECOV         $    22.17
  CFC FAC FEF            T$    9.00
  GARAGE RECOUP SC    (T) $    1.04
  VLCR                (T) $    1.36
  ENERGY SURCH           $    1.49
  TAX  7.50 .            $    15.93
  ADD. CHARGES           $    0.00
  TOTAL CHARGES          $   246.63
  FOP:VISA XXXXXXXXXXXX8181  $  246.63
  FT: ZE 1
  HOW WAS YOUR EXPERIENCE?
  WE'D LIKE YOUR FEEDBACK.

  1) CALL 1-800-675-3420 or
     Visit WWW.HERTZSURVEY.COM

     Inter Access Code: 94__0

  3) Take Brief 4 Question Survey

     THANK YOU FOR RENTING FROM HERTZ
```

# WITNESS FEES



TATAR LAW FIRM, APC 08:10
3500 W OLIVE AVE STE 300
BURBANK, CA 91505

JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

1480

8/28/2015

PAY TO THE
ORDER OF  Dr. Minh Ho                                           $ 80.00

Eighty and 00/100 •••••••••••••••••••••••••••••••••••••••••••••••••••••••••   DOLLARS

   Dr. Minh Ho

MEMO
   Witness Fee Kim v. BMW                                      AUTHORIZED SIGNATURE

⑈001480⑈ ⑈322216270⑈  ⑈917413288⑈

---

**TATAR LAW FIRM, APC**                                                    1480

   Dr. Minh Ho                                    8/28/2015
                                                                          80.00

Checking          Witness Fee Kim v. BMW                          80.00

**TATAR LAW FIRM, APC**                                                    1480

   Dr. Minh Ho                                    8/28/2015
                                                                          80.00

Checking          Witness Fee Kim v. BMW                          80.00

LMP100    M/P CHECK

51N311/39287 (1/13) 639952

# INTERPRETER

**Chinsook Kim Moore**
**Korean Language Certified Court Interpreter**
Certification No. 300980

Invoice

3810 Wilshire Blvd., #1705
Los Angeles, CA 90010
Phone: (626) 643-6267
chinsook@kimmoore.us
www.kimmoore.us

| DATE |
|------|
| 8/26/2015 |

BILL TO

Law Offices of Robert F. Brennan
3150 Montrose Ave.
La Crescenta, CA 91214
Phone: (818) 249-5291
Fax: (818) 249-4329

| DATE | SERVICE DESCRIPTION | AMOUNT |
|------|---------------------|--------|
| 8/26/2015 | Korean/English interpreting services | |
| | From 8:30 a.m. to 2:30 p.m. | $700.00 |
| | From 2:30 p.m. to 4:30 p.m. (Overtime at $150 per hour) | $300.00 |
| | Trial at U. S. District Court at | |
| | 312 N. Spring Street, Courtroom 14, Los Angeles, CA 90012 | |
| | Seungtae Kim vs. BMW Financial Services | |
| | Case No. 2:14-cv-01752-BRO-SH | |
| | Attorney for Plaintiff: Robert Brennan | |
| | Plaintiff/Witness: Seungtae Kim | |
| | **TOTAL** | **$1,000.00** |



# ANGELS
## ATTORNEY SERVICES
304 E. Garfield Ave. Glendale, CA 91205
Tel: 818 913-4550 or 818 378-0006
Facsimile: 818 240-4175
E-Mail: angelsattorneyservices@yahoo.com
www.angelsattorneyservices.com

# INVOICE

## DATE: 3/14 to 9/15

Robert F. Brennan A.P.C.
3150 Montrose Ave.
La Crescenta, CA 91214

| Service | DESCRIPTION | DATE | AMOUNT |
|---------|-------------|------|--------|
| S. KIM | FEDERAL COURT FILING Summons & Complaint at: 312 N Spring St. Los Angeles, CA 90012 | 3/10/2014 | 34.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 3/10/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 6/17/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 7/28/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 08/26/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 09/19/2014 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 01/21/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/16/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/23/2015 | 29.00 |
| S.KIM | Serve 4 Subpoenas to: SHELLY BMW at; 6750 Auto Center Dr. Buena Park, CA 90621 | 03/31/2015 | 59.00 |
| S.KIM | Serve Documents to CT Corporation Systems at; 818 W. 7th St. Los Angeles, CA 90017 | 03/31/2015 | 32.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 03/31/2015 | 29.00 |
| S.KIM | Serve SUBPOENA to: TUSTIN LEXUS, at; 45 Auto Center Drive, Tustin, CA 92782 | 04/03/2015 | 59.00 |
| S.KIM | Serve SUBPOENA to: Young Hoon Seo, Dongguk University Los Angeles, 440 Shatto Pl., Los Angeles, CA 90020 | 04/14/2015 | 36.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 04/29/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/04/2015 | 29.00 |
| S.KIM | FEDERAL COURT at: 312 N Spring St. Los Angeles, CA 90012 / Drop off Courtesy Copy to Hon. BEVERLY REID O'CONNEL | 05/18/2015 | 29.00 |
|  |  | **TOTAL** |  |

*It's been a pleasure working with you*
Payment is due within      days

# PARKING FEES

# Law Offices of Robert F. Brennan, APC

Law Offices of Robert F. Brennan, APC
3150 Montrose Avenue
LA Crescenta, CA  91214

818-249-5291
bill@sbsuite.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 01/13/2015 | 131646 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 02/12/2015 |

**Bill To**

Seungtae Kim
410 S Hobart Blvd Apt 214
Los Angeles  90020

| Amount Due | Enclosed |
|------------|----------|
| $45.00 | |

Please detach top portion and return with your payment

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 01/13/2015 | Parking for appearance/conf/serve. | 1 | 45.00 | 45.00 |
| | | | **Total** | **$45.00** |

# Law Offices of Robert F. Brennan, APC

Law Offices of Robert F. Brennan, APC
3150 Montrose Avenue
LA Crescenta, CA 91214

818-249-5291
bill@sbsuite.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 03/23/2015 | 131651 |
| Terms | Due Date |
| Net 30 | 04/22/2015 |

**Bill To**

Seungtae Kim
410 S Hobart Blvd Apt 214
Los Angeles 90020

| Amount Due | Enclosed |
|------------|----------|
| $45.00 | |

Please detach top portion and return with your payment

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 03/23/2015 | Parking plus travel to the Kim V BMW File | 1 | 45.00 | 45.00 |
| | | | Total | $45.00 |

# Law Offices of Robert F. Brennan, APC

Law Offices of Robert F. Brennan, APC
3150 Montrose Avenue
LA Crescenta, CA 91214

818-249-5291
bill@sbsuite.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 04/06/2015 | 131656 |
| Terms | Due Date |
| Net 30 | 05/06/2015 |

**Bill To**

Seungtae Kim
410 S Hobart Blvd Apt 214
Los Angeles 90020

| Amount Due | Enclosed |
|------------|----------|
| $25.00 | |

Please detach top portion and return with your payment

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 04/06/2015 | Parking for appearance/conf/serve. | 1 | 25.00 | 25.00 |
| | | | Total | $25.00 |

# Law Offices of Robert F. Brennan, APC

Law Offices of Robert F. Brennan, APC
3150 Montrose Avenue
LA Crescenta, CA 91214

818-249-5291
bill@sbsuite.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 04/13/2015 | 131657 |
| Terms | Due Date |
| Net 30 | 05/13/2015 |

### Bill To

Seungtae Kim
410 S Hobart Blvd Apt 214
Los Angeles 90020

| Amount Due | Enclosed |
|------------|----------|
| $45.00 | |

Please detach top portion and return with your payment

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 04/13/2015 | Parking for conference at federal court | 1 | 45.00 | 45.00 |
| | | | Total | $45.00 |