**Rebecca A. Caley, CBN 131997**
**Christopher M. Domin, CBN 273951**
**CALEY & ASSOCIATES**
**A Professional Corporation**
**265 S. Randolph Avenue, Suite 270**
**Brea, California 92821-5777**
**rcaley@caleylaw.com**
**714/529-1400 Office**
**714/529-1515 Facsimile**
**2030-078**

Attorneys for Defendant,
BMW Financial Services NA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01752-BRO SH<br><br>Assigned to Hon. Beverly Reid O'Connell<br><br>DEFENDANT BMW FINANCIAL SERVICES NA, LLC's REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTIONS FOR: (1) JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b); AND (2) NEW TRIAL UNDER RULE 59; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>DATE: November 2, 2015<br>TIME: 1:30 p.m.<br>CTRM: 14<br><br>TRIAL DATE: August 25, 2015 |

Defendant BMW Financial Services NA, LLC ("Defendant" and/or "BMW FS"), hereby requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201(c)-(e), of the following:

1. **Redacted Verdict Form**. A true and correct copy is attached as Item No. 1 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 5.]

2. **Power of Attorney**. A true and correct copy is attached as Item No. 2 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 12.]

3. **BMW Financial Letter Denying ID Theft Claim**. A true and correct copy is attached as Item No. 3 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 13.]

4. **Stipulation Re: Dates on Which Credit Reporting Agencies Experian, Equifax, and Transunion Stopped Reporting Plaintiff Seungtae Kim's BMW Financial Services Account on his Credit Report; [Proposed] Order Thereon**. A true and correct copy is attached as Item No. 4 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 14.]

5. **Ski Photograph**. A true and correct copy is attached as Item No. 5 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 15.]

6. **Identity Theft Police Report**. A true and correct copy is attached as Item No. 6 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 16.]

7. **Victims Supplemental Financial Loss Report**. A true and correct copy is attached as Item No. 7 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 17.]

8. **Fraud Affidavit of S. Kim to BMW FS**. A true and correct copy is attached as Item No. 8 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 18.]

///

9. **S. Kim LAFD Identify Theft Report**. A true and correct copy is attached as Item No. 9 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 19.]

10. **April 11, 2011 Experian Credit Report**. A true and correct copy is attached as Item No. 10 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 20.]

11. **Second April 11, 2011 Experian Credit Report**. A true and correct copy is attached as Item No. 11 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 21.]

12. **Jury Instruction No. 3**. A true and correct copy is attached as Item No. 12 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 22.]

13. **Defendant's Proposed Special Jury Instruction No. 17**. A true and correct copy is attached as Item No. 13 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 23.]

14. **Defendant's Proposed Special Jury Instruction No. 3**. A true and correct copy is attached as Item No. 14 and incorporated herein by reference. [See Declaration of Rebecca A. Caley, ¶ 24.]

Dated: October 1, 2015

CALEY & ASSOCIATES
A Professional Corporation

By: <u>*/s/ Rebecca A. Caley*</u>
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC