**Rebecca A. Caley, CBN 131997**
**Christopher M. Domin, CBN 273951**
**CALEY & ASSOCIATES**
**A Professional Corporation**
**265 S. Randolph Avenue, Suite 270**
**Brea, California 92821-5777**
**rcaley@caleylaw.com**
**714/529-1400 Office**
**714/529-1515 Facsimile**
**2030-078**

Attorneys for Defendant,
BMW Financial Services NA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNGTAE KIM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC., a business entity; EQUIFAX INFORMATION SERVICES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; TRANSUNION, LLC., a business entity, and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01752-BRO-JC<br><br>Assigned to Hon. Beverly Reid O'Connell<br><br>OBJECTIONS BY DEFENDANT BMW FINANCIAL SERVICES NA, LLC TO PLAINTIFF'S MOTION FOR BILL OF COSTS<br><br>DATE: November 2, 2015<br>TIME: 1:30 p.m.<br>CTRM: 14<br><br>TRIAL DATE: August 25, 2015 |

NOTICE IS HEREBY GIVEN TO THE CLERK OF COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD that Defendant BMW Financial Services NA, LLC LLC ("Defendant" and/or "BMW FS") hereby objects to Plaintiff's Bill

of Costs pursuant to the Federal Rules of Civil Procedure Rule 54, United States District Court, Central District Local Rule 54-1, et seq. and its January 8, 2015 Bill of Costs Handbook (Rev. January 8, 2015) in its entirety due to certain defects, or in the alternative, to certain costs as specified herein.

**A. The entire Bill of Costs should be disallowed because plaintiff's counsel failed to file a separate Notice of Application to the Clerk to Tax Costs; sign the Declaration on the Bill of Costs Form No. CV-59 as required attesting that the "costs are correct" and that "A copy of the bill has been served on all parties..." or specify the mode of service.**

Plaintiff failed to file a separate "Notice of Application to the Clerk to Tax Costs" ("Application") as required in the "Bill of Costs (Local Rule 65-4)" ("BOC") instructions as set forth on filed BOC Document No. 167, Page No. 3. Should the Clerk determine that Plaintiff's counsel's "Declaration of Robert F. Brennan in Support of Motion for Plaintiff's Bill of Costs" Document 167-1 ("Brennan Declaration") constitutes a sufficient replacement of the Application, said BOC (Document No. 167) should still be disallowed in its entirety for the following reasons:

1. Plaintiff's counsel failed to execute the "Declaration" portion of the BOC (Document No. 167, Page No. 1) which requires counsel to attest that the "costs are correct."

2. Plaintiff's counsel failed to execute the "Declaration" portion of the BOC (Document No. 167, Page No. 1) which requires counsel to attest that "A copy of the bill has been served on all parties..." and specify the mode of service.

3. The Brennan Declaration (Document No. 167-1, Page No. 1-3) filed in support of the BOC fails to attest that the submitted "costs are

correct", that a copy of the BOC had "been served on the parties" or specify the mode of service.

**B. The following specified costs set forth on the Summary of Costs should be disallowed because they are not authorized under Federal Rule of Civil Procedure 54 (d), U.S.D.C., Central District Local Rule 54, the Instructions of the BOS Form CV-59, the Central District Bill of Costs Handbook (Rev. January 8, 2015).**

| | |
|---|---|
| Unauthorized Filing Costs Total: | **$ 111.90** |
| Excessive Service of Process Costs Total: | **$ 457.85** |
| Unauthorized Reporter's Trial Transcripts Total: | **$ 652.05** |
| Unauthorized Deposition Costs Total: | **$ 1,180.35** |
| Unauthorized Delivery of Courtesy Copies to Judge Total: | **$ 522.00** |
| Unauthorized Parking Expenses for Court Appearances Total: | **$ 374.00** |
| **Subtotal:** | **$ 3,298.15** |

See **Exhibit "A"** attached hereto for itemization of objected items.

**C. The Following Specified Costs Set Forth on the Summary of Costs Should Be Disallowed Because There is No Documentation in Support of Said Cost or Are Not Self-explanatory.**

| | |
|---|---|
| Unauthorized Deposition Costs Total: | **$ 380.50** |
| Unauthorized Witness Fees Total: | **$ 160.00** |
| **Subtotal:** | **$ 540.50** |

See **Exhibit "B"** attached hereto for itemization of objected items.

///

**D. <u>The service of process fees for Mike Kim in the sum of $251.90 and $205.95 on April 7 and 13, 2015, respectively, are excessive without an explanation or justification and should be reduced by half at document No. 167-3, Page No. 1.</u>**

**E. <u>The witness fee of $80 paid to Dr. Minh Ho of Xpert Fertility at Document No. 167-3, Page No. 2 is double the allowable Fee of $40. (See Central District Bill of Costs Handbook (Rev. January 8, 2015), Page No. 2.</u>**

**F. <u>The following documents filed in support of plaintiff's BOC is not self-explanatory or is illegible</u>.**

1. Document No. 167-4, Page No. 15.
2. Document No. 167-4, Page No. 23.
3. Document No. 167-4, Page No.24.
4. Document No. 167-4, Page No. 25.
5. Document No. 167-4, Page No. 26.
6. Document No. 167-4, Page No. 38.

**G. <u>Conclusion</u>.**

Defendant BMW FS hereby objects to Plaintiff's Motion for Bill of Costs in the total amount of **$3,838.65**.

Dated: October 1, 2015

CALEY & ASSOCIATES
A Professional Corporation

By: *<u>/s/ Rebecca A. Caley</u>*
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC