# INVOICE

HINES REPORTERS
888 S. FIGUEROA ST.
SUITE 840
LOS ANGELES, CA 90017
Phone: 213.688.7887  Fax: 213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239375 | 4/2/2015 | 68575 |
| Job Date | Case No. | |
| 2/26/2015 | | |

| Case Name |
|---|
| Kim vs. BMW Financial Services |

| Payment Terms |
|---|
| Due upon receipt |

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

The Original & One Certified Transcript of the Deposition of:

Alison E. Parillo - VOL. 1

| | | | | |
|---|---|---|---|---|
| THE ORIGINAL & ONE CERTIFIED TRANSCRIPT | 45.00 Pages | @ | 5.00 | 225.00 |
| EXHIBITS (BLACK & WHITE) | 11.00 Pages | @ | 0.50 | 5.50 |
| ATTENDANCE FEE - OUT OF STATE | | | 55.00 | 55.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED | | | 0.00 | 0.00 |
| COMPLIMENTARY CD | | | 0.00 | 0.00 |
| DELIVERY CHARGE | | | 25.00 | 25.00 |
| ON-LINE ACCESS | | | 0.00 | 0.00 |

**TOTAL DUE >>>**  $380.50
AFTER 5/2/2015 PAY  $418.55

We are providing you with FREE 24/7 access to your reprintable, downloadable online transcripts.

We accept all major credit cards. A finance charge of 1.5%/mo will apply after 30 days. Customer agrees to pay all costs of collection including attorney fees.

Tax ID: 95-4837031

*Please detach bottom portion and return with payment.*

---

Robert F. Brennan, Esq.
Law Offices of Robert Brennan
3150 Montrose Avenue
La Crescenta, CA 91214

Invoice No.   : 239375
Invoice Date  : 4/2/2015
**Total Due**  : **$441.39**

Remit To:  HINES REPORTERS
888 S. FIGUEROA ST.
SUITE 840
LOS ANGELES, CA 90017

Job No.    : 68575
BU ID      : INC
Case No.   :
Case Name  : Kim vs. BMW Financial Services

Exhibit 2

# INVOICE

HINES REPORTERS  
888 S. FIGUEROA ST.  
SUITE 840  
LOS ANGELES, CA 90017  
Phone: 213.688.7887  Fax: 213.688.9636

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239375 | 4/2/2015 | 68575 |
| Job Date | Case No. | |
| 2/26/2015 | | |

| Case Name |
|---|
| Kim vs. BMW Financial Services |

| Payment Terms |
|---|
| Due upon receipt |

Robert F. Brennan, Esq.  
Law Offices of Robert Brennan  
3150 Montrose Avenue  
La Crescenta, CA 91214

|   |   |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 60.89 |
| (=) New Balance: | **$441.39** |

Tax ID: 95-4837031

*Please detach bottom portion and return with payment.*

Robert F. Brennan, Esq.  
Law Offices of Robert Brennan  
3150 Montrose Avenue  
La Crescenta, CA 91214

| | | |
|---|---|---|
| Invoice No. | : | 239375 |
| Invoice Date | : | 4/2/2015 |
| **Total Due** | : | **$441.39** |

| | | |
|---|---|---|
| Job No. | : | 68575 |
| BU ID | : | INC |
| Case No. | : | |
| Case Name | : | Kim vs. BMW Financial Services |

Remit To:  HINES REPORTERS  
888 S. FIGUEROA ST.  
SUITE 840  
LOS ANGELES, CA 90017

Exhibit 2